# How life and accident benefits are paid

Benefits are paid based on the coverage amount in effect on the date of:

- **Death** for:

  — Basic employee life insurance.

  — Basic accidental death and dismemberment (AD&D) insurance.

  — Business travel accident (BTA) insurance.

  — Supplemental employee life insurance.

  — Dependent life insurance.

  — Supplemental AD&D insurance.

  Except for BTA benefits, an interest-bearing account will be established for each of the covered person's beneficiaries whose benefits from the plan total $5,000 or more. Benefits will be deposited in the account as soon as the claims administrator approves the claim for benefits.

  The beneficiary can make withdrawals from this account at any time. The minimum withdrawal is $250 and the maximum is the total amount in the account.

  If a beneficiary's total benefit is less than $5,000, the beneficiary will receive a check for the total amount of the benefit as soon as the claims administrator approves the claim for benefits.

  For BTA benefits, the claims administrator will pay benefits as a lump sum as soon as administratively possible.

- **The accident** for:

  — BTA insurance.

  — Basic AD&D insurance.

  — Supplemental AD&D insurance.

  The benefit payable for you is based on your pay on the date of the accidental injury, even if a covered loss directly resulting from the accident occurs **after** the date the accident took place. The benefit payable for a covered dependent is based on the coverage amount you have elected for dependent coverage.

  Benefits are paid in a single lump sum after receipt of satisfactory proof of loss.

## *Assignment of benefits*

You can transfer your ownership rights to basic and supplemental employee life insurance by "assigning benefits." The assignee can be either a person or a trust.

Business travel accident (BTA), dependent life and basic and supplemental accidental death and dismemberment (AD&D) insurance plan benefits cannot be assigned.

The assignment becomes effective on the date you sign the transfer but only after it is approved by MetLife.

After your assignment becomes effective, you no longer can make changes, including:

- Changing your beneficiary.
- Changing your coverage amount.
- Converting coverage.

These rights belong to the assignee.

To request additional information and an assignment form, contact MetLife.

Because of the various legal and tax implications involved, consult with a lawyer or tax advisor before assigning your benefits.

# When coverage ends

In general, coverage under these plans ends when your employment with Verizon ends:

- Basic employee life and accidental death and dismemberment (AD&D) insurance.
- Business travel accident (BTA) insurance.
- Supplemental employee life insurance.
- Dependent life insurance.
- Supplemental AD&D insurance.

## *Basic employee life and accidental death and dismemberment (AD&D) insurance*

Participation in the basic employee life and AD&D insurance plans ends for you if:

- Your employment with the company ends, including retirement. (See the "Continuing coverage at resignation/termination" and "Continuing coverage at retirement" sections on page 36 for information on how to continue your coverage.)
- You misrepresent your eligibility status.
- You no longer meet the applicable eligibility requirements of the plan (including any amendments to such requirements).
- The plan ends or is amended to eliminate coverage for all participants or a group of participants that includes you.
- You die.

When your basic employee life insurance ends, you may be able to convert all or part of your coverage to an individual policy.

## *Business travel accident (BTA) insurance*

In general, BTA insurance coverage ends for you and your eligible dependents if:

- Your employment with the company ends, including retirement. (See the "Continuing coverage at resignation/termination" and "Continuing coverage at retirement" sections on page 36 for information on how to continue your coverage.)
- You misrepresent your eligibility status.
- You or a covered individual no longer meets the applicable eligibility requirements of the plan (including any amendments to such requirements).

- The plan ends or is amended to eliminate coverage for all participants or a group of participants that includes you.

- You die.

BTA insurance cannot be converted to an individual policy.

## *Supplemental employee life insurance*

In general, supplemental employee life insurance coverage ends for you if:

- Your employment with the company ends, including retirement. (See the "Continuing coverage at resignation/termination" and "Continuing coverage at retirement" sections on page 36 for information on how to continue your coverage.)

- You misrepresent your eligibility status.

- You no longer meet the applicable eligibility requirements of the plan (including any amendments to such requirements).

- The plan ends or is amended to eliminate coverage for all participants or a group of participants that includes you.

- You die.

## *Dependent life insurance*

In general, dependent life insurance coverage ends if:

- Your employment with the company ends, including retirement. (See the "Continuing coverage at resignation/termination" and "Continuing coverage at retirement" sections on page 36 for information on how to continue your coverage.)

- You misrepresent your eligibility status.

- You no longer meet the applicable eligibility requirements of the plan (including any amendments to such requirements).

- A covered individual no longer meets the applicable eligibility requirements of the plan (including any amendments to such requirements).

- The plan ends or is amended to eliminate coverage for all participants or a group of participants that includes you.

- You die.

## *Supplemental accidental death and dismemberment (AD&D) insurance*

In general, supplemental AD&D insurance coverage ends for you and your eligible dependents if:

- Your employment with the company ends, including retirement. (See the "Continuing coverage at resignation/termination" and "Continuing coverage at retirement" sections on page 36 for information on how to continue your coverage.)
- You misrepresent your eligibility status.
- You no longer meet the applicable eligibility requirements of the plan (including any amendments to such requirements).
- A covered individual no longer meets the applicable eligibility requirements of the plan (including any amendments to such requirements).
- The plan ends or is amended to eliminate coverage for all participants or a group of participants that includes you.
- You die.

Supplemental AD&D insurance cannot be converted to an individual policy.

However, you may be able to continue your life and accident coverage if your active employment ends due to military leave (emergency and nonemergency) or:

- Disability.
- Leave of absence.
- Resignation/termination.
- Retirement.

## *Converting coverage*

You may be able to convert your coverage to an individual policy, without providing evidence of insurability, if your basic and/or supplemental employee life insurance ends or is reduced. In some situations, you also may be able to convert dependent life insurance.

### Life insurance conversion

Conversion **is not available** for business travel accident (BTA), basic accidental death and dismemberment (AD&D) or supplemental AD&D insurance.

You will receive information about how to convert coverage to an individual policy from the claims administrator. You then will need to contact the specific insurance company/claims administrator, within 31 days, to initiate the conversion process.

The converted policy:

- Can be any of the individual policies offered by the insurance company/claims administrator, except term insurance.
- Will not have disability benefits or other extra benefits.
- Will take effect at the end of the 31-day conversion period.
- Cannot be more than the amount of coverage you have through the Verizon plan.
- May differ from the Verizon plan in the benefits provided and the cost.

You or your dependent also can apply for a lesser amount of life insurance.

## Cost for individual coverage

Costs for an individual policy will be based on:

- The risk class to which you or your dependent belongs.
- Your age or your dependent's age on the effective date of the individual policy.
- The type and amount of the policy.

## Additional information

The individual policy will be reduced by any amount you or your dependent is eligible for or becomes eligible for under any other group plan within the 31-day conversion period. The other group plan may be issued or reinstated by any insurance company/claims administrator.

If you or your dependent dies within the 31-day conversion period, the insurance company/claims administrator will pay the beneficiary the amount of life insurance that could have been purchased under the individual policy. The individual policy will not become effective.

In any case, coverage under an individual policy will be different from coverage under this plan, and you must pay the cost before an individual policy can be put in force.

If basic employee life, supplemental employee life or dependent life insurance coverage stops because Verizon terminates the plan or because the plan is terminated for your group, you or your dependent must have been a participant for at least five years to convert your coverage.

Under this circumstance, the conversion policy cannot be more than the lesser of:

- $10,000.
- The amount of insurance you or your dependent had under the plan.

## *Continuing coverage during disability*

If you receive Verizon long-term disability (LTD) plan benefits:

- Basic employee life insurance coverage continues at no cost to you until short-term disability (STD) and LTD benefits end.
- Supplemental employee life and dependent life insurance coverage continue as long as you pay the premium while receiving LTD benefits. The Verizon Benefits Center will bill you directly.
- Basic and supplemental accidental death and dismemberment (AD&D) coverage ends when you are approved for LTD benefits.
- Business travel accident (BTA) coverage ends on the date your employment ends due to disability.

### When LTD benefits end

If you return to active status with Verizon:

- Basic employee life insurance coverage continues.
- The company reinstates your basic AD&D and BTA coverage.
- The Verizon Benefits Center reinstates any supplemental employee life, dependent life and supplemental AD&D coverage.

If you do not return to work at Verizon, you may be able to convert some of your coverage.

### If Verizon changes benefits

If Verizon offers new benefits or changes its benefits while you are receiving LTD benefits, you are eligible for the new or changed benefits when you return to active employment with Verizon. If you do not return to active employment, you are not entitled to new benefits or changes.

## *Continuing coverage during a leave of absence*

If you are on an approved leave of absence:

- Basic employee life insurance coverage continues until your leave ends.
- Supplemental employee life and dependent life insurance coverage continue as long as you pay the premium. The Verizon Benefits Center will bill you directly.
- Basic and supplemental accidental death and dismemberment (AD&D) coverage ends on the day your approved leave begins.
- Business travel accident (BTA) coverage ends on the date your approved leave begins.

### When your leave ends

If you return to active status with Verizon:

- Basic employee life insurance coverage continues.
- The company reinstates your basic AD&D and BTA coverage.
- The Verizon Benefits Center reinstates any supplemental employee life, dependent life insurance and supplemental AD&D coverage you may have continued while on leave.

If you do not return to work at Verizon, you may be able to convert some of your coverage.

### If Verizon changes benefits

If Verizon offers new benefits or changes its benefits while you are receiving LTD benefits, you are eligible for the new or changed benefits when you return to active employment with Verizon. If you do not return to active employment, you are not entitled to new benefits or changes.

## *Continuing coverage at resignation/termination*

When you resign or your employment with Verizon terminates:

- Basic employee life and dependent life insurance coverage ends. You will receive a conversion notice.
- Supplemental employee life insurance coverage reduces to 50% of the coverage amount in effect on your termination date and can continue for two years, as long as you pay the premium. The Verizon Benefits Center will bill you directly. When this extended coverage ends, you can convert it.
- Basic and supplemental accidental death and dismemberment (AD&D) coverage ends on the day your employment ends.
- Business travel accident (BTA) coverage ends on the day your employment ends.

## *Continuing coverage at retirement*

When you retire:

- Verizon automatically provides retiree life insurance of $10,000 at no cost to you if you were an employee eligible for retiree life insurance coverage on December 31, 2004.

  Special rules apply:

  — If you are hired or transfer into a position with management benefits on or after January 1, 2005.

  — For certain employee groups not eligible for subsidized retiree life insurance on January 1, 2005.

  See the "Special rules for retiree basic life insurance" section on page 38 for more information.

- You can continue up to three times your pay under your supplemental employee life insurance coverage, as well as dependent life insurance coverage if you have coverage at the time you retire.
- Basic and supplemental accidental death and dismemberment (AD&D) coverage ends on the day your employment ends.
- Business travel accident (BTA) coverage ends on the day your employment ends.

## Continuing supplemental employee life insurance

If you have supplemental employee life insurance coverage at the time you retire, the Verizon Benefits Center will bill you directly to continue coverage of up to three times your pay. You also can choose to have these payments automatically deducted from your pension benefit.

If your coverage amount is reduced because of the "three times" limitation, you will receive a conversion notice for the excess coverage.

The maximum amount of supplemental employee life insurance in retirement is $10 million.

These rules also apply:

- You cannot increase coverage in retirement.
- You can decrease or stop your supplemental employee life insurance coverage at any time during retirement. If you do, you will not be able to increase or re-enroll for coverage.
- You can elect not to continue your supplemental employee life insurance at retirement. If you waive coverage when you retire, you will not be able to re-enroll for coverage.

### *If you retire before January 1, 2008*

You will be eligible to choose a special flat-dollar premium to take effect on January 1 after your 65th birthday if you continue one, two or three times your pay in supplemental life insurance at retirement. The flat-dollar premium applies to the first $50,000 of coverage, in $10,000 increments.

Retiree premiums can increase (or decrease) if there is a general increase (or decrease) in rates for all Verizon supplemental employee life insurance participants.

Any request for an increase in coverage, and the approval of the request, must occur **before your retirement date**.

## Continuing dependent life insurance

As long as you have dependent life insurance coverage at the time you retire, the Verizon Benefits Center will bill you directly if you continue:

- Spouse or domestic partner coverage, up to a maximum of $25,000. Coverage ends on the January 1 after your spouse's or domestic partner's 65th birthday.
- Child coverage, up to a maximum of $5,000 for each eligible child.

You also can choose to have these payments automatically deducted from your pension benefit.

These rules also apply:

- You cannot increase dependent life insurance in retirement.
- You can stop coverage at any time. If you do, you will not be able to re-enroll for coverage.

## *Special rules for retiree basic life insurance*

Special rules apply:

- If you are hired or transfer into a position with management benefits on or after January 1, 2005.
- For certain employee groups not eligible for retiree basic life insurance on January 1, 2005. (See "Your Retiree Life Insurance" summary plan description [SPD] for more information.)

Generally, if you were hired, or leave the company and are subsequently rehired, on or after January 1, 2005 into a position with management benefits, you **will not be eligible for** retiree basic life insurance benefits.

However, circumstances vary, and certain rehired employees will be eligible:

- If you are retirement-eligible when you leave Verizon and are later rehired, you will be eligible for retiree basic life insurance coverage.
- If you are an employee of the former GTE with Change in Control (CIC) protection, leave Verizon and are later rehired, you will be eligible for retiree basic life insurance if you choose to participate in the former GTE retiree medical and life insurance plans when you retire. Please note that the life insurance amount provided under the former GTE plan is $5,000. To be eligible for CIC protection, you had to have been retirement-eligible under your former GTE pension plan no later than May 18, 2004.

If you transfer from an associate position to a management position and retire from a management position, you will:

- Be eligible for retiree basic life insurance coverage if you originally were hired before January 1, 2005, and had at least 15 years of service (including an additional 18 months) as of June 30, 2006.
- Not be eligible for a company subsidy toward retiree life insurance coverage if you were hired on or after January 1, 2005.

If you are a management employee currently working for a Verizon affiliate that does not provide retiree basic life insurance benefits and you transfer to a management position at a Verizon affiliate that provides retiree basic life insurance:

- **Before July 1, 2006**, you will be eligible for retiree basic life insurance based on all of your net credited service if you subsequently retire from a participating affiliate, and if you had at least 15 years of service (including an additional 18 months) as of June 30, 2006.
- **After July 1, 2006**, you will not be eligible for retiree basic life insurance coverage.

This chart highlights the circumstances that allow eligibility for retiree basic life insurance coverage:

| Employee group | Access only | Company-paid retiree life insurance |
|---|---|---|
| **New hire** | X | |
| **Hire – Mandatory Portability Agreement (MPA) employees:** Hired into fBA portability company and met all MPA requirements: | | |
| • Retirement-eligible under prior MPA company | | X |
| • Not retirement-eligible under prior MPA company | X | |
| Not eligible for full portability (not hired into a portability company, does not meet MPA requirements or waived MPA) | X | |
| **Rehire – retiree** | | X |
| **Rehire – former employee not retirement-eligible at prior termination** | X | |
| **Rehire – divested employees** | | |
| • Retirement-eligible for retiree welfare from Verizon at divestiture | | X |
| • Not retirement-eligible for retiree welfare from Verizon at divestiture | X | |
| **Promotion – associate to management** | | |
| • Hired as an associate prior to 1/1/05 and later promoted to management before 7/1/06 with at least 15 years of service (including the additional 18 months) on 6/30/06 | | X |
| • Hired as an associate on or after 1/1/05 and later promoted to management | X | |
| **Insourced employees** (Individuals who were employed by a non-Verizon company, whose work subsequently is assumed by Verizon, and the | X | |

| Employee group[1] | Access only | Company-paid retiree life insurance |
|---|---|---|
| individuals become Verizon employees) | | |
| **Management employees working for a company that does not provide retiree welfare** (did not previously have access either; e.g., VCS, VZ Avenue, FNS) | X[2] | |
| • Already retirement-eligible with the Rule of 76 as of 5/18/04 under fGTE CIC-protected plan | | X |
| **Transfer from company with retiree welfare to company without retiree welfare** | | |
| • Already retirement-eligible under Verizon retiree welfare plan at transfer date (VCS employees retirement-eligible by 12/31/05 are eligible for company-paid life insurance) | | X |
| • Already retirement-eligible with the Rule of 76 as of 5/18/04 under fGTE CIC-protected plan | | X |
| • Not retirement-eligible at transfer date | X | |
| **Transfer from company with retiree welfare to company without retiree welfare and subsequently returns to company with retiree welfare** | | X |
| **Verizon Wireless employee transferred or hired/rehired by Verizon Communications participating company** | | |
| • Employee directly transferred from fGTE to Verizon Wireless on or after 7/10/2000 and before 1/1/2002 | | X[3] |
| • Employee transferred from fGTE to Verizon Wireless on or after 1/1/02 | | X[4] |
| • Employee directly transferred from fBA to Verizon Wireless | | X[4] |
| • No prior fBA or fGTE service | X | |

This chart is a condensed version of a more detailed and comprehensive chart that is part of The Plan for Group Insurance.

Contact the Verizon Benefits Center if you would like a copy of the full chart or a copy of The Plan for Group Insurance, or if you have questions about these special rules.

[1]In addition to the specific rules outlined for each employee group, two general principles apply:
(i) Unless otherwise indicated in the matrix or the footnotes, non-participating companies will not provide company-paid retiree life insurance.
(ii) For comprehensive employee work histories, it may be necessary to refer to more than one matrix cell to determine if the employee will be eligible for company-paid retiree life insurance. For example, if an employee began work at Verizon New Jersey in 1998, transferred to Verizon Wireless in 2006 (a non-participating company), returned to Verizon Corporate Services Corp. in 2010, transferred to FNS (a non-participating company) in 2013, and separated from service in 2022 at age 55, the employee would not be eligible for company-paid life insurance. The employee would have earned eight years of service before transfer to Verizon Wireless plus three years of service at Verizon Corporate Services Corp., for a total of 11 years of service prior to transfer to FNS, the non-participating company. (Service at Verizon Wireless is not counted toward retirement eligibility.) Since the employee was not retirement-eligible prior to the transfer to FNS, the employee would not be eligible for company-paid life insurance.

[2]Employees who transferred to a participating company before 7/1/06, with at least 15 years of service (including the additional 18 months) on 6/30/06, are eligible for company-paid retiree life insurance at retirement. Employees who did not transfer to a participating company before 7/1/06 are not eligible for company-paid life insurance, but may purchase retiree life insurance if the employee reaches retirement eligibility.

[3]Retirement eligibility for company-paid life insurance will be based on the employee's service with fGTE/Verizon Communications prior to transfer, service with Verizon Wireless through 5/31/04 and service after return to Verizon Communications in a participating affiliate. Service with Verizon Wireless on and after 6/1/04 will be excluded for purposes of retiree life insurance eligibility, and the employee will not be eligible for retiree life insurance from Verizon Wireless (although Verizon Communications may provide company-paid retiree life insurance if the employee was retirement-eligible by 5/31/04). Company-paid life insurance will not be available if the employee returns to a non-participating company unless the employee already reached retirement eligibility based on prior service. However, the employee may earn additional service toward retirement eligibility if the employee subsequently transfers to a participating company.

[4]Eligibility for company-paid life insurance will be based on the employee's service with fGTE or fBA and Verizon Communications (whether or not in a participating company) prior to the earlier of 1/1/05 or direct transfer to Verizon Wireless. Service on and after 1/1/05 with a Verizon Communications non-participating company will count toward retirement eligibility for life insurance. Verizon Wireless does not provide retiree life insurance, and service with Verizon Wireless will not count toward reaching retirement eligibility (although Verizon Communications may provide company-paid retiree life insurance if the employee was retirement-eligible prior to the transfer to Verizon Wireless). Service after return to Verizon Communications in a participating affiliate will be added to prior Verizon Communications service previously recognized for eligibility purposes. Company-paid life insurance will not be available if the employee returns to a non-participating company unless the employee already reached retirement eligibility based on prior service. However, the employee may be eligible for retiree life insurance if the employee subsequently transfers to a participating company.

# Administrative information

This section contains important information about how your benefits are administered and funded. It also contains information about your rights and responsibilities as a participant and steps you can take if certain situations arise.

## *Plan names/identification*

The life and accident insurance plans are employer-sponsored benefit plans governed by the Employee Retirement Income Security Act of 1974 (ERISA) and subject to the reporting and disclosure requirements of this law. As indicated in the "About this document" section on page 1, the life, accidental death and dismemberment (AD&D) and business travel accident (BTA) insurance plans are the names these plans are commonly known by – but benefits are governed by an official plan document. This official plan document is The Plan for Group Insurance.

The Plan for Group Insurance is the welfare plan providing the life and accident insurance benefits described in this summary plan description (SPD). The plan is listed with the United States Department of Labor under Verizon Communications Inc.'s employer identification number: 23-2259884.

The plan number for The Plan for Group Insurance is 580.

### Plan documents

The plan documents consist of:

- The official plan document.
- This SPD.
- Applicable summaries of material modifications (SMMs) and other general communications identified as being part of the plans.
- Any trust agreements formally adopted under the plans.
- The pertinent contracts between Verizon and the claims administrators and other firms that provide services under the plans.

#### *Collective bargaining agreements*

If you are an employee who is covered by a collective bargaining agreement under which management benefits were negotiated, the terms of your benefits also are governed by a collective bargaining agreement between Verizon and your union. You and your beneficiaries may review the collective bargaining agreement at your location. You also can request a copy by writing to the plan administrator.

## *Additional plan information*

| | |
|---|---|
| **Plan sponsor/employer** | Verizon Communications Inc.<br>One Verizon Way<br>Basking Ridge, NJ 07920 |
| **Plan administrator** | The Verizon Employee Benefits Committee (VEBC) and/or the Chairperson of the VEBC<br>c/o Verizon Benefits Center<br>P.O. Box 1457<br>100 Half Day Road<br>Lincolnshire, IL 60069-1457<br>1-877-Ask-VzHR (1-877-275-8947) |
| **Claims administrator** | **Enrollment and eligibility claims and appeals**<br>The Verizon Claims Review Committee (VCRC) is responsible for enrollment and eligibility claims. The VCRC can be reached at:<br><br>Verizon Claims Review Committee (VCRC)<br>c/o Verizon Claims Review Unit<br>P.O. Box 1438<br>Lincolnshire, IL 60069-1438<br>1-877-Ask-VzHR (1-877-275-8947)<br><br>**Benefit claims and appeals**<br>***Basic life, basic accidental death and dismemberment (AD&D), supplemental employee life, dependent life and supplemental AD&D***<br>Metropolitan Life Insurance Company<br>P.O. Box 3016<br>Utica, NY 13504<br><br>***Business travel accident (BTA)***<br>Marsh USA Inc.<br>1166 Avenue of the Americas – 23rd Floor<br>New York, NY 10036<br>Attn: Gregory M. Rueckert |
| **Participating company** | All Verizon domestic companies, except Verizon Wireless, Verizon Avenue and any company, location or group specifically excluded from participation by plan amendment<br><br>Contact the Verizon Benefits Center (at the address above) to determine whether a particular Verizon affiliate is a participating company in the plan and to request that affiliate's address. |
| **Agent for service of legal process** | The plan administrator |
| **Plan year** | January – December |

## The claims administrator and its authority to review claims

The Verizon Employee Benefits Committee (VEBC) has delegated its authority to finally determine claims to the Verizon Claims Review Committee (VCRC). In some cases, the VCRC will delegate the authority to finally determine claims to certain other organizations on behalf of Verizon. Benefits under the life and accident insurance plans are paid only if the VEBC, or its delegate, decides in its discretion that the applicant is entitled to them.

The claims administrators have:

- The authority to make final determinations regarding eligibility and benefit claims under the life and accident insurance plans.
- Discretionary authority to:
  - — Interpret the life and accident insurance plans based on provisions and applicable law and make factual determinations about claims arising under the life and accident insurance plans.
  - — Determine whether a claimant is eligible for benefits.
  - — Decide the amount, form and timing of benefits.
  - — Resolve any other matter under the life and accident insurance plans that is raised by a participant or a beneficiary or that is identified by the claims administrator.

In case of an appeal, the claims administrators' decisions are final and binding on all parties to the full extent permitted under applicable law, unless the participant or beneficiary later proves that a claims administrator's decision was an abuse of administrator discretion.

## *Funding and source of contributions*

Here is how the life and accident insurance plans are funded:

| Option | Funding information and source of contributions |
|---|---|
| Basic life, basic accidental death and dismemberment (AD&D) and business travel accident (BTA) | Insured<br>Employer contributions |
| Supplemental employee life, dependent life and supplemental AD&D | Insured<br>Employee contributions |

Verizon pays an insurance company a premium – from company revenues and employee contributions – for providing coverage under the plans. The insurance company processes claims and makes all benefit payments. See the "Administrative information, Additional plan information" section on page 43 for contact information.

# If a claim is denied

Disagreements about benefit eligibility or benefit amounts can arise. If the Verizon Benefits Center is unable to resolve the disagreement, Verizon has formal appeal procedures in place for Employee Retirement Income Security Act of 1974 (ERISA)-covered plans.

This section explains the steps you or your authorized representative is required to take to file an ERISA claim or appeal. The procedure is slightly different, depending on whether you have an "**eligibility**" claim or a "**benefit**" claim.

An **eligibility** claim is a claim to participate in a plan or plan option or to change an election to participate during the year. A **benefit** claim is a claim for a particular benefit under a plan. It typically will include your initial request for benefits.

| | ***Eligibility* claims procedure** | ***Benefit* claims procedure** |
|---|---|---|
| **Step 1:** | | |
| **How to file a claim** | To file an **eligibility** claim, request a Claim Initiation Form from the Verizon Benefits Center at 1-877-Ask-VzHR (1-877-275-8947). You (or your authorized representative) must return the form to the Verizon Claims Review Unit at the address on the form.<br><br>You must include:<br>• A description of the benefits for which you are applying.<br>• The reason(s) for the request.<br>• Relevant documentation.<br><br>See the "Life and accident insurance contacts" section on page 2 for contact information. | To file a **benefit** claim, you (or your authorized representative) should write to the claims administrator for the plan.<br><br>You must include:<br>• A description of the benefits for which you are applying.<br>• The reason(s) for the request.<br>• Relevant documentation.<br><br>See the "Life and accident insurance contacts" section on page 2 for contact information. |
| **When you will be notified of the claims decision** | You will be notified of the decision within 90 days of the Claims Review Unit's receipt of your Claim Initiation Form (180 days, when special circumstances apply). | You will be notified of the decision within 90 days of the claims administrator's receipt of your written claim (180 days, when special circumstances apply). |
| **Failure to provide sufficient information** | The Claims Review Unit will notify you of the deadline to submit additional information, if applicable. | The claims administrator will notify you of the deadline to submit additional information, if applicable. |

| | ***Eligibility* claims procedure** | ***Benefit* claims procedure** |
|---|---|---|
| **How you will be notified of the claim decision** | If your claim is **approved**, the Claims Review Unit will notify you in writing.<br><br>If your claim is **denied**, in whole or in part, your written denial notice will contain:<br>• The specific reason(s) for the denial.<br>• The plan provisions on which the denial was based.<br>• Any additional material or information you may need to submit to complete the claim.<br>• The plan's appeal procedures. | If your claim is **approved**, the claims administrator will notify you in writing.<br><br>If your claim is **denied**, in whole or in part, your written denial notice will contain:<br>• The specific reason(s) for the denial.<br>• The plan provisions on which the denial was based.<br>• Any additional material or information you may need to submit to complete the claim.<br>• The plan's appeal procedures. |
| **Step 2:** | | |
| **About appeals and the claims fiduciary** | Before you can bring any action at law or in equity to recover plan benefits, you must exhaust this process. Specifically, you must file an appeal as explained in this Step 2 and the appeal must be finally decided by the Claims Review Committee, the claims fiduciary. As such, the Claims Review Committee is authorized to finally determine eligibility appeals and interpret the terms of the plan in its sole discretion. All decisions by the Claims Review Committee are final and binding on all parties. | Before you can bring any action at law or in equity to recover plan benefits, you must exhaust this process. Specifically, you must file an appeal as explained in this Step 2 and the appeal must be finally decided by the claims administrator. The Claims Review Committee has delegated its authority to finally determine claims to the claims administrator. As such, the claims administrator is the claims fiduciary and is authorized to finally determine benefit appeals and interpret the terms of the plan in its sole discretion. All decisions by the claims administrator are final and binding on all parties. |
| **How to file an appeal** | If your claim is denied and you want to appeal it, you must file your appeal within 60 days from the date you receive written notice of your denied claim. You may request access to all documents relating to your appeal. To file your appeal, write to the address specified on your claim denial notice. You should include:<br>• A copy of your claim denial notice.<br>• The reason(s) for the appeal.<br>• Relevant documentation. | If your claim is denied and you want to appeal it, you must file your appeal within 60 days from the date you receive written notice of your denied claim. You may request access to all documents relating to your appeal. To file your appeal, write to the claims administrator for the plan and include:<br>• A copy of your claim denial notice.<br>• The reason(s) for the appeal.<br>• Relevant documentation. |

| | ***Eligibility* claims procedure** | ***Benefit* claims procedure** |
|---|---|---|
| **When you will be notified of the appeal decision** | You will be notified of the decision within 60 days of the Claims Review Committee's receipt of your appeal (120 days, when special circumstances apply).<br><br>If your appeal is **approved**, the Claims Review Committee will notify you in writing.<br><br>If your appeal is **denied**, in whole or in part, your written denial notice will contain:<br>• The specific reason(s) for denial.<br>• A statement regarding the documents that you are entitled to.<br>• The plan provisions on which the denial was based. | You will be notified of the decision within 60 days of the claims administrator's receipt of your appeal (120 days, when special circumstances apply).<br><br>If your appeal is **approved**, the claims administrator will notify you in writing.<br><br>If your appeal is **denied**, in whole or in part, your written denial notice will contain:<br>• The specific reason(s) for denial.<br>• A statement regarding the documents that you are entitled to.<br>• The plan provisions on which the denial was based. |
| **Step 3:** | | |
| **How to proceed if necessary** | The decision on your appeal is final. As a result, Verizon will not review your matter again, unless new facts are presented. You have a right to bring a civil action. | The decision on your appeal is final. As a result, the claims administrator will not review your matter again, unless new facts are presented. You have a right to bring a civil action. |

# Your rights under ERISA

As a participant in the plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants are entitled to:

- Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

- Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive it within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court.

If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## *Assistance with your questions*

If you have any questions about your plan, you should contact the plan administrator.

If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or write to:

Division of Technical Assistance and Inquiries
Employee Benefits Security Administration
U.S. Department of Labor
200 Constitution Avenue N.W.
Washington, D.C. 20210

You also may obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

# Verizon's rights

## *Verizon's right of recovery*

If, for some reason, a benefit is paid that is larger than the amount allowed by the life and accident insurance plans, the life and accident insurance plans have a right to recover the excess amount from the person or agency who received or holds this benefit. This excess amount is subject to a constructive trust in favor of the life and accident insurance plans. The person receiving or holding plan benefits must produce any instruments or papers necessary to ensure this right of recovery.

## *Verizon's right to use your social security number for administration of benefits*

Verizon retains the right to use your social security number for benefit administration purposes, including tax reporting. If a state law restricts the use of social security numbers for benefit administration purposes, Verizon generally takes the position that the Employee Retirement Income Security Act of 1974 (ERISA) preempts such state laws.

# Disclaimer

Your eligibility for benefits is determined by The Plan for Group Insurance, including this summary plan description (SPD). The company has full discretionary authority to interpret the terms of the plans summarized in this document and determine your eligibility for benefits under the plans' terms. In some cases, Verizon has delegated this authority.

Although Verizon presently intends to continue the plan outlined in this SPD, it reserves the right to act through its Board of Directors, most senior human resources officer or through a designee of either to amend, modify, suspend or terminate the plan in whole or in part at any time, at its discretion, with or without advance notice to participants, for any reason, subject to applicable law and any duty to bargain collectively.

The company also reserves the right to change the amount of required participant contributions for coverage under the plan at any time, with or without advance notice to participants, subject to any duty to bargain collectively.

Verizon also may transfer the obligations to provide welfare benefit-related assets, if it desires, to another entity in connection with: (1) a transaction in which Verizon transfers all or a portion of a business unit; or (2) an outsourcing arrangement, joint venture or other business transaction.

All terms of the plan are legally enforceable. However, this statement of benefits does not constitute a contract of employment or guarantee of any particular benefit.

As a matter of prudent business planning, Verizon continually is reviewing and evaluating various proposals for changes in its benefit plans and programs. Because of the need for confidentiality, such proposals are not evaluated below high levels of management. Verizon employees below such levels do not know whether Verizon will or will not adopt any future changes and/or new benefit plans and programs. Unless and until Verizon formally announces such changes, no one is authorized to give assurances that such changes will or will not occur.

# Life and accident terms to know

## *Children*

Your eligible children are your or your domestic partner's unmarried children who live in your home, until they marry or reach age 19, whichever is earlier. Newborn children under the age of 14 days are not eligible for coverage.

You or your domestic partner must be the child's:

- Natural parent.
- Adoptive parent.
- Stepparent.
- Legal guardian.

Special rules apply if your child is a full-time student or disabled.

## *Disabled child*

You can cover your physically, mentally or developmentally disabled child if he or she is all of the following:

- Unmarried.
- Living with you.
- Fully dependent on you for support (i.e., incapable of self-support).

The plan administrator or its delegate must determine that the child meets the requirements above before the child will be covered. In addition, you may be asked to provide periodic certification of your child's continuing disability status.

## *Dismemberment*

Dismemberment means:

- Severance of a thumb – actual severance through or above the second joint from the tip of the thumb.
- Severance of an index finger – actual severance through or above the third joint from the tip of the index finger.
- Severance of a hand or foot – through or above the wrist or ankle joint.
- Complete loss of sight that cannot be recovered or corrected.

- Complete and irrevocable loss of speech or hearing that has lasted continuously for 12 consecutive months following a covered injury.

## Domestic partner

You and your domestic partner must meet all of the following. You are:

- Each other's sole domestic partner.
- Not married to anyone else; i.e., neither of you is married to anyone else.
- Both at least 18 years old and mentally competent to enter into a marriage contract.
- Not related by blood to the degree of closeness that would prohibit your legal marriage in the state in which you reside.
- Living (and have lived) together in the same principal residence for at least six months and intend to do so indefinitely.
- Jointly responsible for each other's common welfare and financial obligations.

If at any time you do not meet all of the above criteria, you and/or your domestic partner must notify the Verizon Benefits Center of the change in status within 60 days. (See the "Life and accident insurance contacts" section on page 2 for contact information.) If your domestic partner dies before notifying the Verizon Benefits Center of an eligibility change (that made your domestic partner ineligible), no benefit will be paid.

Generally, an opposite-sex relationship does not meet the domestic partnership requirements. However, in specific, limited instances, the company has a legal, contractual obligation to offer domestic partnership benefits to a couple in an opposite-sex relationship, provided the partners are registered with a governmental entity pursuant to state or local law authorizing the registration.

If you and your domestic partner of the same or opposite sex have registered with a governmental entity, such as the state of California, your registered domestic partner (even if the individual is of the opposite sex) will be entitled to coverage, if coverage of domestic partnerships are part of Verizon's contractual arrangement with a particular municipality or state.

Examples include:

- You work in the city of Los Angeles, California or work on a contract between Verizon and the city of Los Angeles. Then, you may cover a registered same- or opposite-sex domestic partner and his or her children, subject to the dependent eligibility requirements described in this summary plan description (SPD).
- You work in the city or county of San Francisco, California, at a location owned by the city or county of San Francisco, or at a location outside of the city or county of San Francisco where work between Verizon and the city or county of San Francisco is taking place (you do not have to be performing work related to the contract, provided you are at a location where such work is being performed). Then, you may cover a registered same- or opposite-sex domestic partner and his or her children, subject to the dependent eligibility requirements described in this SPD.

- You work in the city of Seattle, Washington or at an office located on property outside the city of Seattle that is owned or rightfully occupied by the city of Seattle and where Verizon's presence on such property is connected to a contract with the city of Seattle (you do not have to be performing work related to the contract, provided you are at a location where such work is being performed). Then, you may cover a registered same- or opposite-sex domestic partner and his or her children, subject to the dependent eligibility requirements described in this SPD.

Other examples may exist from time to time. Therefore, you should contact the Verizon Benefits Center to confirm whether or not you meet these specific instances.

## *Full-time students*

In general, your eligible child can be covered under dependent life, supplemental accidental death and dismemberment (AD&D) and/or business travel accident (BTA) insurance until age 19, or as long as he or she satisfies both of these conditions:

- Is a full-time student (according to the school's definition of full time) at an accredited secondary school, college, university or nursing school.

- Remains unmarried and dependent on you for support.

Then, your eligible child can continue to be covered under dependent life and supplemental AD&D insurance until age 25 or for six months after leaving school, whichever is earlier.

For dependent life and dependent child coverage under supplemental AD&D insurance, you must contact the Verizon Benefits Center by December 1 in the final year of your child's eligibility to cancel that child's coverage. Coverage for your child ends on December 31 of this final eligibility year, so if you do not call you will continue to pay for the coverage, but no benefits would be paid.

If you insure more than one child, you must call to cancel coverage when your youngest child no longer is eligible, since the premium rate for a dependent child is the same for one or more children.

Under the BTA plan, a dependent child can be covered only until age 23 and only if he or she is enrolled on a full-time basis in a college, university or trade school.

To continue coverage for a full-time student, you must certify that child's student status each year.

## *Mental health disorder*

A disorder that, in manifestation, cause, symptoms or treatment, is mental in nature. This includes nervous disorders, neuroses, psychoneuroses, psychopathies, psychoses, personality disorders and any other mental or emotional disease or disorder.

## *Paralysis*

The complete loss of use of a limb or limbs, without severance. Paralysis must be determined by a licensed physician to be permanent, complete and irreversible.

## Pay

Your pay is defined as annual benefits compensation, which includes:

- Base pay, including any temporary increases.
- Verizon Incentive Plan awards.
- Commissions (based on a rolling 12-month period, beginning July 1).
- Foreign service premiums.
- Shift differential pay.

Annual benefits compensation does not include:

- Discretionary awards.
- Sales draws.
- Bonuses.
- Daily average sales commissions.

If your pay is not a multiple of $1,000, your coverage amount is rounded up to the next $1,000. For example, if your pay is $39,000, your basic employee life and basic accidental death and dismemberment (AD&D) insurance coverage amounts are $39,000. If your pay is $39,300, these amounts are rounded up to $40,000.

## Spouse

Your spouse is a person of the opposite sex who is a husband or wife, pursuant to a legal union, under the laws of the state in which you live.

The definition of spouse specified in this document is consistent with the definition under the federal Defense of Marriage Act. The Verizon plan uses this definition, even if state or local laws define spouse differently.