UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff | ) | C.A. No. 07-427ML |
| v. | ) | |
| PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE, Defendants | ) | |

## STIPULATION

Plaintiff Metropolitan Life Insurance Company ("MetLife") and defendant Laura Drainville stipulate that service of the complaint and summons has been made by delivery of the same to her counsel, Hans Kennon, Esquire, this 12th day of ~~November~~ December, 2007.

Brooks R. Magratten, No. 3585
Timothy M. Bliss, No. 6228
Attorneys for Plaintiff
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Hans Kennon, Florida Bar No. 0059323
Morgan & Morgan, P.A.
Attorneys for Defendant Laura Drainville
20 N. Orange Avenue, 10th Floor
P.O. Box 4979
Orlando, FL 32802-4979
(407) 420-1414
(407) 423-7928 FAX

Dated: ~~November~~ December 17, 2007

CERTFICATE OF SERVICE

To:

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza – Suite 1100
Providence, RI 02903

Hans Kennon, Esq.
Morgan & Morgan, P.A.
20 North Orange Avenue – 10th Floor
P.O. Box 4979
Orlando, FL 32802-4979

I hereby certify that I served on the above-named counsel of record a copy of the within Stipulation by mailing first class mail, postage prepaid, on the 17th day of December, 2007.

Lisa A. Lariviere