UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>*Plaintiff* | : | |
| *v.* | : | C.A. No. 07-427 ML |
| PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE<br>*Defendants* | : | |

**STIPULATION**

Plaintiff Metropolitan Life Insurance Company ("MetLife") and defendants Paul M. Drainville, Jr. ("Paul Jr.") and Stephanie M. Drainville ("Stephanie") stipulate that service of the Complaint and summons has been made by delivery of the same to their counsel, Paul M. Sanford, Esquire, as of this 13th day of December, 2007 and that Paul Jr. and Stephanie may have up to and including January 25, 2008 to answer or otherwise respond to the Complaint.

Brooks R. Magratten, No. 3585
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: December 17, 2007

Paul M. Sanford, No. 2997
Lynne M. Radiches, No. 5777
BURNS & LEVINSON LLP
Attorneys for Defendants Paul M. Drainville and Stephanie M. Drainville
One Citizens Plaza – Suite 1100
Providence, RI 02903
(401) 831-8330
(401) 831-8359 FAX
psanford@burnslev.com
lradiches@burnslev.com

Dated: 12/13/07

CERTFICATE OF SERVICE

To:

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza – Suite 1100
Providence, RI 02903

Hans Kennon, Esq.
Morgan & Morgan, P.A.
20 North Orange Avenue – 10th Floor
P.O. Box 4979
Orlando, FL 32802-4979

I hereby certify that I served on the above-named counsel of record a copy of the within Stipulation by mailing first class mail, postage prepaid, on the 17th day of December, 2007.

Lisa A. Laruree
_______________________