UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>*Plaintiff* | : | |
| *v.* | : | C.A. No. 07-427 ML |
| PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE<br>*Defendants* | : | |

**MOTION TO ENLARGE TIME**

Now come defendants, Paul M. Drainville, Jr. and Stephanie M. Drainville, and hereby move this Honorable Court to enlarge up to and including January 31, 2008 the time within which they may respond to plaintiff MetLife's Motion to Enjoin Prosecution of Collateral Proceedings for Recovery of Interpleader Funds. Additional time is required over the holidays and to coordinate a substantive response to the pending motion consistent with a pleading due to be filed, on or about January 25, 2008, in response to the Complaint.

Pursuant to Local Rule 7(a), a separate memorandum need not be submitted herewith.

/s/ Paul M. Sanford
Paul M. Sanford, No. 2997
Lynne M. Radiches, No. 5777
BURNS & LEVINSON LLP
Attorneys for Defendants Paul M. Drainville and Stephanie M. Drainville
One Citizens Plaza – Suite 1100
Providence, RI 02903
(401) 831-8330
(401) 831-8359 FAX
psanford@burnslev.com
lradiches@burnslev.com

**CERTIFICATION**

I hereby certify that I electronically filed the within motion on December 21, 2007. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above listed counsel of record has been effectuated by electronic means.

Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Hans Kennon, Esq.
MORGAN & MORGAN, P.A.
20 North Orange Avenue – 10th Floor
P.O. Box 4979
Orlando, FL 32802-4979

/s/ Paul M. Sanford

J:\Docs\41105\00000\01202581.DOC