AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

METROPOLITAN LIFE INS. CO.

V.

PAUL M. DRAINVILLE, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-427/ML

PERSON SERVED : Laura Drainville
DATE : 1-9-07
TIME : 12:11p
PROCESS SERVER : Colin Keogh

TO: (Name and address of Defendant)

Laura Drainville
109 View Point Pl.
Winter Springs, FL 32708

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within _ _ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/20/07

(By) DEPUTY CLERK

Eagle Legal Services & Investigations

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1-9-08 |
|---|---|
| NAME OF SERVER *(PRINT)* Colin Keogh | TITLE SCPS |

*Check one box below to indicate appropriate method of service*

- [x] Served personally upon the third-party defendant. Place where served: 109 View Point PL. 32708
- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: ____
- [ ] Returned unexecuted: ____
- [ ] Other (specify): ____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-9-08
Date

[signature]
Signature of Server

Eagle Legal Services
424 E. Central Blvd. # 377
Orlando, FL 32801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

**State of Rhode Island** **County of** **Court**

Case Number: 07-427/ML

Plaintiff:
**METROPOLITAN LIFE INSURANCE CO.**

vs.

Defendant:
**PAUL M DRAINVILLE, et al.,;**

For:
Brooks Magratten, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Received by EAGLE LEGAL SERVICES & INVESTIGATIONS on the 21st day of December, 2007 at 12:52 pm to be served on **LAURA DRAINVILLE, 109 VIEW POINT PLACE, WINTER SPRINGS, FL 32708.**

I, Colin Keogh, being duly sworn, depose and say that on the **9th day of January, 2008** at **12:11 pm, I:**

**Individually Served** the within named person with a true copy of the **SUMMONS and COMPLAINT and EXHIBITS** with the date and hour endorsed thereon by me, pursuant to state statutes.

*I certify* that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

Subscribed and Sworn to before me on the 9th day of January, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Helen L Higley
My Commission DD665684
Expires 04/22/2011

**Colin Keogh**
2007-205-KEO

**EAGLE LEGAL SERVICES & INVESTIGATIONS**
**424 E. Central Blvd.**
**#337**
**Orlando, FL 32801**
**(407) 857-8380**
Our Job Serial Number: 2007009352
Ref: Met v. Paul Drainville
Service Fee: $105.00

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j