**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>*Plaintiff* | ) | |
| *v.* | ) | C.A. No. 07-427 ML |
| PAUL M. DRAINVILLE, JR.,<br>STEPHANIE M. DRAINVILLE<br>and LAURA DRAINVILLE<br>*Defendants* | ) | |

# ENTRY OF APPEARANCE

Paul Sanford of Burns & Levinson LLP hereby enters his appearance on behalf of Defendants, Paul M. Drainville, Jr. and Stephanie M. Drainville in the above entitled matter.

/s/ Paul M. Sanford____________
Paul M. Sanford (RI Bar # 2997)
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-8330 Telephone
(401) 831-8359 Facsimile

Dated: January 23, 2008

**CERTIFICATE OF SERVICE**

To:

Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

I hereby certify that I electronically filed the within on January 23, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above listed counsel has been effectuated by electronic means.

/s/ Paul M. Sanford

J:\Docs\41105\00000\01211558.DOC