**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE<br>COMPANY<br>*Plaintiff* | ) | |
| *v.* | ) | C.A. No. 07-427 ML |
| PAUL M. DRAINVILLE, JR.,<br>STEPHANIE M. DRAINVILLE<br>and LAURA DRAINVILLE<br>*Defendants* | ) | |

**ENTRY OF APPEARANCE**

Lynne M. Radiches of Burns & Levinson LLP hereby enters her appearance on behalf of Defendants, Paul M. Drainville, Jr. and Stephanie M. Drainville in the above entitled matter.

/s/ Lynne M. Radiches___________

Lynne M. Radiches (#5777)
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-8330 Telephone
(401) 831-8359 Facsimile

Dated: January 23, 2008

**CERTIFICATE OF SERVICE**

To:

Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

I hereby certify that I electronically filed the within on January 23, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above listed counsel has been effectuated by electronic means.

/s/ Lynne M. Radiches

J:\Docs\41105\00000\01211622.DOC