UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff | ) | C.A. No. 07-427ML |
| v. | ) | |
| PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE, Defendants | ) | |

**STIPULATION**

Plaintiff Metropolitan Life Insurance Company ("MetLife") and defendant Laura Drainville ("Laura") stipulate that Laura may have up to and including February 15, 2008 to answer the amended complaint.

/s/ Brooks Magratten
Brooks R. Magratten, No. 3585
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

/s/ John D. Lynch, Jr.
John D. Lynch, Jr., No.
LYNCH & FRIEL
Attorneys for Defendant Laura Drainville
600 Toll Gate Road
Warwick, RI 02886-2717
(401) 739-8500
(401) 738-0649 FAX

Dated: January 28, 2008

CERTFICATE OF SERVICE

To:

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza – Suite 1100
Providence, RI 02903

John D. Lynch, Jr., No.
Lynch & Friel
600 Toll Gate Road
Warwick, RI 02886-2717

I hereby certify that the above stipulation was filed electronically on this 28th day of January, 2008 and that the stipulation will be available for viewing and downloading from the Court's PACER system.

/s/ Brooks Magratten

To:

Hans Kennon, Esq.
Morgan & Morgan, P.A.
20 North Orange Avenue – 10th Floor
P.O. Box 4979
Orlando, FL 32802-4979

I hereby certify that the above stipulation was served by first class mail to the above individual on this 28th day of January, 2008.

/s/ Brooks Magratten