**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>*Plaintiff*<br><br>*v.*<br><br>PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE<br>*Defendants* | ) | C.A. No. 07-427 ML<br><br>**ORAL ARGUMENT REQUESTED (15 Minutes)** |

---

| | |
|---|---|
| PAUL M. DRAINVILLE, JR. and STEPHANIE M. DRAINVILLE<br>*Cross-Claim Plaintiffs*<br>*v.*<br><br>LAURA DRAINVILLE<br>*Cross-Claim Defendant* | ) |

---

| | |
|---|---|
| PAUL M. DRAINVILLE, JR. and STEPHANIE M. DRAINVILLE<br>*Third-Party Plaintiffs*<br>*v.*<br><br>THE ESTATE OF PAUL M. DRAINVILLE, SR., by and through its EXECUTRIX, LAURA DRAINVILLE<br>*Third-Party Defendant* | ) |

**OBJECTION (PARTIAL) TO METROPOLITAN LIFE INSURANCE COMPANY'S MOTION FOR LEAVE TO DEPOSIT FUNDS IN THE REGISTRY OF COURT AND FOR OTHER RELIEF**

Respondents Paul M. Drainville, Jr. and Stephanie M. Drainville (hereinafter collectively referred to as "Respondents"), hereby consent in part and object in part to Metropolitan Life

Insurance Company's ("MetLife's") Motion for Leave to Deposit Funds in the Registry of Court and for Other Relief. Respondents do not object to the deposit into the Registry of the Court of the sum of $174,000, provided MetLife also makes an additional deposit equal to all interest accrued from the date of death through the date of deposit.

Respondents do object to MetLife's claim that its attorney's fees and costs be deducted from or paid from the deposit. Respondents further object to MetLife's requests for (i) a premature request for discharge from all further liability and obligation upon deposit; and (ii) premature issuance of an injunction permanently restraining and enjoining all parties from instituting, maintaining or prosecuting any action or proceeding against MetLife, Verizon, or the Plan.

In support hereof, Respondents rely upon the accompanying Memorandum of Law (including exhibits). Pursuant to Local Rule 7(e), Respondents respectfully request the opportunity to supplement this filing with oral argument, for which Respondents estimate that fifteen minutes will be necessary.

/s/ Lynne M. Radiches__________

Paul M. Sanford (RI Bar # 2997)
Lynne M. Radiches (RI Bar # 5777)
*Attorneys for Paul M. Drainville, Jr. and Stephanie M. Drainville*
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-8330 Telephone
(401) 831-8359 Facsimile

Dated: January 31, 2008

**CERTIFICATE OF SERVICE**

To:

Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
VETTER & WHITE
*Attorneys for Metropolitan Life Insurance Company*
20 Washington Place
Providence, RI 02903

John D. Lynch, Jr., Esq.
LYNCH & FRIEL
*Attorneys for Laura Drainville*
600 Toll Gate Road
Warwick, RI 02886-2717

I hereby certify that I electronically filed the within on January 31, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above listed counsel has been effectuated by electronic means.

/s/ Lynne M. Radiches

J:\Docs\41105\00000\01213153.DOC