UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff | ) | C.A. No. 07-0427/ML |
| v. | ) | |
| PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE, Defendants | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' CROSS-CLAIM AND THIRD-PARTY COMPLAINT**

Plaintiff Metropolitan Life Insurance Company ("MetLife") responds to the defendants Paul M. Drainville, Jr.'s and Stephanie M. Drainville's cross-claim and third-party complaint as follows:

a. Because they do not seek relief against MetLife (see cross-claim and third-party complaint "Wherefore" clauses), MetLife is not obliged to respond to the allegations of the cross-claim and third-party complaint;

b. To the extent this Court should construe the cross-claim or third-party complaint to seek any relief against MetLife (beyond depositing the Plan benefit in dispute into the Registry of the Court), MetLife denies all allegations of the cross-claim and third-party complaint, and denies any liability for the relief sought in the cross-claim and third-party complaint; and

c. To the extent this Court should construe the cross-claim or third-party complaint to seek relief from MetLife (beyond depositing the Plan benefit into the Registry of the Court), MetLife moves to strike the demands for a jury trial for the reasons set forth in MetLife's Motion to strike Jury Demand, filed herewith.

/s/ Brooks R. Magratten
Brooks R. Magratten, No. 3585
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Metropolitan Life Insurance Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: February 7, 2008

CERTFICATE OF SERVICE

To:

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

Hans Kennon, Esq.
Morgan & Morgan, P.A.
20 N. Orange Avenue, 10th Floor
Post Office Box 4979
Orlando, FL 32802-4979

John D. Lynch, Jr., Esq.
Lynch & Friel
600 Toll Gate Road
Warwick, RI 02886

I hereby certify that I electronically filed the within Response on February 7, 2008. The Response is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above listed counsel of record has been effectuated by electronic means.

/s/ Brooks R. Magratten