UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff | ) | C.A. No. 07-427/ML |
| v. | ) | |
| PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE, Defendants | ) | |

**PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY'S REPLY TO OBJECTION OF DEFENDANTS PAUL, JR. AND STEPHANIE DRAINVILLE TO MOTION TO ENJOIN PROSECUTION OF COLLATERAL PROCEEDINGS**

## I. INTRODUCTION

Plaintiff Metropolitan Life Insurance Company ("MetLife") hereby responds to the objection ("Objection") of Paul, Jr. and Stephanie Drainville ("Paul, Jr. and Stephanie") to MetLife's Motion to Enjoin Collateral Proceedings for Recovery of Interpleader Funds (the "Motion"). In addition to the arguments set forth herein, as well as in its original memorandum in support of the Motion, MetLife incorporates by reference the arguments made in its Reply to the Objection (Partial) of Defendants Paul and Stephanie Drainville to Motion to Deposit Funds in Court Registry and Other Relief.

## II. ARGUMENT

The Motion is Limited to Claims Against MetLife.

Paul, Jr. and Stephanie argue in their Objection that the Court should Deny the Motion because "the claims in the Rhode Island Action extend[] beyond those in the instant action." This argument is without merit, however, because MetLife has moved only to enjoin the

prosecution of claims *against MetLife* for the interpleader funds. Therefore, Paul, Jr. and Stephanie will remain free to pursue their claims and/or default against the other defendants in the Rhode Island state court action.

III. CONCLUSION

For the foregoing reasons, as well as the reasons set forth in MetLife's original memorandum in support of the Motion and in its Reply to the Objection (Partial) of Defendants Paul and Stephanie Drainville to MetLife's Motion to Deposit Funds in Court Registry and Other Relief, MetLife respectfully requests that the Court grant its Motion.

/s/ Brooks R. Magratten
Brooks R. Magratten, No. 3585
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Plaintiff Metropolitan Life Insurance Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: February 8, 2008

CERTFICATE OF SERVICE

To:

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

Hans Kennon, Esq.
Morgan & Morgan, P.A.
20 N. Orange Avenue, 10th Floor
Post Office Box 4979
Orlando, FL 32802-4979

I hereby certify that I electronically filed the within reply on February 8, 2008. The reply is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-listed counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Brooks R. Magratten