157497

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

METROPOLITAN LIFE INSURANCE COMPANY,

CASE NO.: 07-427 ML

Plaintiff,

vs.
PAUL M. DRAINVILLE, JR.,
STEPHANIE M. DRAINVILLE and
LAURA DRAINVILLE,

Defendants.
_______________________________/

**NOTICE OF APPEARANCE**

John D. Lynch, Jr., Esquire, of the law firm of Lynch and Friel, hereby files his Notice of Appearance in the above-styled cause of action as counsel of record for the Defendant, Laura Drainville. All further pleadings and notices should be served on the undersigned.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on this 15th day of February, 2008 to: Timothy M. Bliss, Esquire, VETTER & WHITE, 20 Washington Place, Providence, RI 02903; Brooks R. Magratten, Esquire, VETTER & WHITE, 20 Washington Place, Providence, RI 02903; Paul M. Sanford, Esquire, BURNS & LEVINSON LLP, One Citizens Plaza - Suite 1100, Providence, RI 02903.

John D. Lynch, Jr., Esquire
RI State Bar No.: 5348
Lynch and Friel
600 Tollgate Rd.
Warwick, RI 02886
Telephone: (401) 739-8500
Facsimile: (401) 738-0649
Attorney for Defendant, Laura Drainville