EXHIBIT "A"

# Your Life and Accident Insurance

# Contents


**Introduction to your life and accident insurance coverage .................. 1**

About this document .................. 1
Life and accident insurance contacts .................. 2
Accessing your benefits information .................. 3

**Who is eligible .................. 4**

You are eligible if... .................. 4
You are not eligible if... .................. 4
Your dependents .................. 5
State eligibility laws and the Employee Retirement Income Security Act of 1974 (ERISA) .................. 8

**Life and accident insurance .................. 9**

Coverage at a glance .................. 9

**Basic employee life and basic accidental death and dismemberment (AD&D) insurance .................. 11**

Basic employee life insurance .................. 11
Basic accidental death and dismemberment (AD&D) insurance .................. 11

**Business travel accident (BTA) insurance .................. 13**

When coverage applies .................. 13
Benefit amounts .................. 13
Exclusions under business travel accident (BTA) insurance .................. 14

**Supplemental insurance .................. 15**

Supplemental employee life insurance .................. 15
Dependent life insurance .................. 17
Supplemental accidental death and dismemberment (AD&D) insurance .................. 19

**SurvivorSupport .................. 22**

**Naming a beneficiary .................. 23**

Managing beneficiary information .................. 23

**If you transfer to Verizon from a related company .................. 25**

Coverage available at transfer .................. 25

**When life and accident insurance benefits are paid .................. 26**

Filing a claim .................. 26

**How life and accident benefits are paid .................. 28**

Assignment of benefits .................. 29

**When coverage ends** ........ **30**
Basic employee life and accidental death and dismemberment (AD&D) insurance ... 30
Business travel accident (BTA) insurance ........ 30
Supplemental employee life insurance ........ 31
Dependent life insurance ........ 31
Supplemental accidental death and dismemberment (AD&D) insurance ........ 32
Converting coverage ........ 32
Continuing coverage during disability ........ 34
Continuing coverage during a leave of absence ........ 34
Continuing coverage at resignation/termination ........ 35
Continuing coverage at retirement ........ 35
Special rules for retiree basic life insurance ........ 37

**Administrative information** ........ **41**
Plan names/identification ........ 41
Additional plan information ........ 42
Funding and source of contributions ........ 43

**If a claim is denied** ........ **44**

**Your rights under ERISA** ........ **47**
Assistance with your questions ........ 48

**Verizon's rights** ........ **49**
Verizon's right of recovery ........ 49
Verizon's right to use your social security number for administration of benefits ........ 49

**Disclaimer** ........ **50**

**Life and accident terms to know** ........ **51**
Children ........ 51
Disabled child ........ 51
Dismemberment ........ 51
Domestic partner ........ 52
Full-time students ........ 53
Mental health disorder ........ 53
Paralysis ........ 53
Pay ........ 54
Spouse ........ 54

# Introduction to your life and accident insurance coverage

Verizon offers valuable life and accident insurance protection to eligible employees and covered dependents because your or your family's financial security could be affected if you or a covered dependent dies or is seriously injured in an accident.

You automatically are enrolled in these coverages, at no cost to you:

- Basic employee life insurance.
- Basic accidental death and dismemberment (AD&D) insurance.
- Business travel accident (BTA) insurance.

You also can purchase any of these supplemental coverages:

- Supplemental employee life insurance.
- Dependent life insurance.
- Supplemental AD&D insurance.

This summary plan description (SPD) describes the life, AD&D and BTA – collectively called "life and accident" – benefits available to management and certain hourly employees as of January 1, 2007. It can help you better understand and use your benefits, replaces previous life and accident SPDs and is intended to comply with U.S. Department of Labor requirements.

## *About this document*

This document commonly refers to the life, accidental death and dismemberment (AD&D) and business travel accident (BTA) plans and describes the details of this coverage. However, your Verizon health and well-being benefits, such as life insurance, are governed by an official plan document, The Plan for Group Insurance. This SPD is incorporated by reference into the official plan document as the source of specific information relating to your life and accident benefits.

References to "Verizon" or "the company" refer to Verizon Communications Inc. and the participating companies. References to "you" or "your" refer to the covered employee only.

This document uses a variety of terms that are specifically defined under the "Life and accident terms to know" section on page 52. It is important that you familiarize yourself with these terms, because they help specifically describe the benefits that are available to you.

## Life and accident insurance contacts

| Option | Contact | Reasons to access |
|---|---|---|
| Basic employee life and basic accidental death and dismemberment (AD&D) insurance | *Your Benefits Resources*™ Web site:<br>Via the Internet at:<br>http://resources.hewitt.com/verizon<br><br>Via the eWeb@DigitalWorkplace at:<br>http://myeweb.verizon.com/eweb/myportal/home<br><br>Verizon Benefits Center:<br>1-877-Ask-VzHR (1-877-275-8947) | • Ask questions about your coverage or eligibility.<br>• Change your beneficiary.<br>• Initiate the process for claiming benefits. |
| Business travel accident (BTA) insurance | *Your Benefits Resources* Web site:<br>Via the Internet at:<br>http://resources.hewitt.com/verizon<br><br>Via the eWeb@DigitalWorkplace at:<br>http://myeweb.verizon.com/eweb/myportal/home<br><br>Verizon Benefits Center:<br>1-877-Ask-VzHR (1-877-275-8947) | • Ask questions about your coverage or eligibility.<br>• Initiate the process for claiming benefits. |
| Supplemental employee life, dependent life and supplemental AD&D insurance | *Your Benefits Resources* Web site:<br>Via the Internet at:<br>http://resources.hewitt.com/verizon<br><br>Via the eWeb@DigitalWorkplace at:<br>http://myeweb.verizon.com/eweb/myportal/home<br><br>Verizon Benefits Center:<br>1-877-Ask-VzHR (1-877-275-8947) | • Ask questions about your coverage or eligibility.<br>• Enroll at any time.<br>• Add or drop a dependent during the year.<br>• Increase or decrease your coverage at any time.<br>• Change your beneficiary.<br>• Inquire about the status of the evidence of insurability form.<br>• Initiate the process for claiming benefits. |
| SurvivorSupport® | The Ayco Company<br>1-800-235-3417 | • Obtain financial counseling services. |
| **Other sources for information** | | |
| *Your Benefits Resources*™ Web site | Via the Internet at:<br>http://resources.hewitt.com/verizon<br><br>Via the eWeb@DigitalWorkplace at:<br>http://myeweb.verizon.com/eweb/myportal/home | • Verify overall eligibility and coverage.<br>• Review personal benefits information.<br>• Update dependent information. |
| Verizon Benefits Center | Via the Internet at:<br>http://resources.hewitt.com/verizon<br><br>Via the eWeb@DigitalWorkplace at:<br>http://myeweb.verizon.com/eweb/myportal/home<br><br>1-877-Ask-VzHR (1-877-275-8947)<br>Representatives are available from 8 a.m. to 6 p.m., Eastern time, Monday through Friday. | • Verify overall eligibility and coverage. |

*Your Benefits Resources*™ is a trademark of Hewitt Management Company LLC.
SurvivorSupport® service is a registered trademark of The Ayco Company, L.P.

## *Accessing your benefits information*

This summary plan description (SPD) is available online on *Your Benefits Resources* Web site. To access it, go to:

- The Internet at http://resources.hewitt.com/verizon.

- Verizon's eWeb@DigitalWorkplace at http://myeweb.verizon.com/eweb/myportal/home, where you can link to *Your Benefits Resources*.

Once you have logged on to *Your Benefits Resources*, from the "Health, Insurance..." or "Pension" tab, select "Summary Plan Descriptions" from the right-hand navigation bar. You also can request a printed copy of the SPD, free of charge, by calling the Verizon Benefits Center.

Generally, the SPD on *Your Benefits Resources* Web site is the most up-to-date.

You also can access your personalized benefits information:

- On *Your Benefits Resources* Web site.

- By speaking with a Verizon Benefits Center representative.

You will need your social security number and Verizon Benefits Center password to access *Your Benefits Resources* and the Verizon Benefits Center.

If you are a current Verizon employee, you already have a Verizon Benefits Center password. If you are a new hire, you will be asked to establish a password when you first access *Your Benefits Resources* Web site or the Verizon Benefits Center.

If you want to change your password or if you have forgotten it and want to request a new password, you can do so on *Your Benefits Resources* Web site or by calling the Verizon Benefits Center.

# Who is eligible

## *You are eligible if...*

You are paid directly by a participating company and are a:

- Regular management employee who works at least 20 hours per week and who is not covered by a collective bargaining agreement.
- Regular management employee who works fewer than 20 hours per week and had access to life and accident coverage as of December 31, 2006. Note: If your part-time work schedule changes on or after January 1, 2007, you will be subject to the new eligibility rules as noted above.
- Non-bargaining unit hourly employee.
- Union employee who is covered by a collective bargaining agreement under which management benefits were negotiated, with eligibility determined by the terms of the collective bargaining agreement.

## *You are not eligible if...*

- You have an individual employment contract (unless the contract or agreement specifies that you **are** eligible to participate).
- You are a leased employee.
- You are not paid directly by Verizon.
- You are classified as an independent contractor or special status employee (for example, a temporary, occasional or seasonal employee), regardless of what a court or government agency may determine about your employment status.
- You are a terminated employee (unless you terminated under a separation program and/or a separation agreement that specifically provides you with benefits under the life and accident insurance plans).
- You work fewer than 20 hours per week after January 1, 2007 and did not have access to life and accident coverage as of December 31, 2006.

If a court or any other enforcement authority or agency, such as the Internal Revenue Service (IRS), finds that an individual excluded from the above definition of eligible employee (such as an independent contractor) should be considered an eligible employee of Verizon, the individual still will be considered ineligible for benefits under the plan. Despite the decision by the court or enforcement agency, the individual will be expressly excluded from the definition of eligible employee.

## *Your dependents*

Eligible dependents are your:

- Spouse (whether or not separated). Your spouse is a person of the opposite sex who is a husband or wife, pursuant to a legal union, under the laws of the state in which you live.

  The definition of spouse specified in this document is consistent with the definition under the federal Defense of Marriage Act. The Verizon plan uses this definition, even if state or local laws define spouse differently.

- Domestic partner as defined by this SPD, and his or her unmarried children. You and your domestic partner must meet all of the following. You are:

  — Each other's sole domestic partner.

  — Not married to anyone else; i.e., neither of you is married to anyone else.

  — Both at least 18 years old and mentally competent to enter into a marriage contract.

  — Not related by blood to the degree of closeness that would prohibit your legal marriage in the state in which you reside.

  — Living (and have lived) together in the same principal residence for at least six months and intend to do so indefinitely.

  — Jointly responsible for each other's common welfare and financial obligations.

  If at any time you do not meet all of the above criteria, you and/or your domestic partner must notify the Verizon Benefits Center of the change in status within 60 days. (See the "Life and accident insurance contacts" section on page 2 for contact information.) If your domestic partner dies before notifying the Verizon Benefits Center of an eligibility change (that made your domestic partner ineligible), no benefit will be paid.

  Generally, an opposite-sex relationship does not meet the domestic partnership requirements. However, in specific, limited instances, the company has legal, contractual obligations to offer domestic partnership benefits to a couple in an opposite-sex relationship, provided the partners are registered with a governmental entity pursuant to state or local law authorizing the registration.

If you and your domestic partner of the same or opposite sex have registered with a governmental entity, such as the state of California, your registered domestic partner (even if the individual is of the opposite sex) will be entitled to coverage, if coverage of domestic partnerships are part of Verizon's contractual arrangement with a particular municipality or state.

Examples include:

— You work in the city of Los Angeles, California or work on a contract between Verizon and the city of Los Angeles. Then, you may cover a registered same- or opposite-sex domestic partner and his or her children, subject to the dependent eligibility requirements described in this SPD.

— You work in the city or county of San Francisco, California, at a location owned by the city or county of San Francisco, or at a location outside of the city or county of San Francisco where work between Verizon and the city or county of San Francisco is taking place (you do not have to be performing work related to the contract, provided you are at a location where such work is being performed). Then, you may cover a registered same- or opposite-sex domestic partner and his or her children, subject to the dependent eligibility requirements described in this SPD.

— You work in the city of Seattle, Washington or at an office located on property outside the city of Seattle that is owned or rightfully occupied by the city of Seattle and where Verizon's presence on such property is connected to a contract with the city of Seattle (you do not have to be performing work related to the contract, provided you are at a location where such work is being performed). Then, you may cover a registered same- or opposite-sex domestic partner and his or her children, subject to the dependent eligibility requirements described in this SPD.

Other examples may exist from time to time. Therefore, you should contact the Verizon Benefits Center to confirm whether or not you meet these specific instances.

- Unmarried children. Your eligible children are your or your domestic partner's unmarried children who live in your home, until they marry or reach age 19, whichever is earlier. Newborn children under the age of 14 days are not eligible for coverage.

  You or your domestic partner must be the child's:

  — Natural parent.

  — Adoptive parent.

  — Stepparent.

  — Legal guardian.

  Special rules apply if your child is a full-time student or disabled.

## Full-time students

In general, your eligible child can be covered under dependent life, supplemental accidental death and dismemberment (AD&D) and/or business travel accident (BTA) insurance until age 19, or as long as he or she satisfies both of these conditions:

- Is a full-time student (according to the school's definition of full time) at an accredited secondary school, college, university or nursing school.
- Remains unmarried and dependent on you for support.

Then, your eligible child can continue to be covered under dependent life and supplemental AD&D insurance until age 25 or for six months after leaving school, whichever is earlier.

For dependent life and dependent child coverage under supplemental AD&D insurance, you must contact the Verizon Benefits Center by December 1 in the final year of your child's eligibility to cancel that child's coverage. Coverage for your child ends on December 31 of this final eligibility year, so if you do not call you will continue to pay for the coverage, but no benefits would be paid.

If you insure more than one child, you must call to cancel coverage when your youngest child no longer is eligible, since the premium rate for dependent children is the same for one or more children.

Under the BTA plan, a dependent child can be covered only until age 23 and only if he or she is enrolled on a full-time basis in a college, university or trade school.

To continue coverage for a full-time student, you must certify that child's student status each year.

## Disabled child

You can cover your physically, mentally or developmentally disabled child if he or she is all of the following:

- Unmarried.
- Living with you.
- Fully dependent on you for support (i.e., incapable of self-support).

The plan administrator or its delegate must determine that the child meets the requirements above before the child will be covered. In addition, you may be asked to provide periodic certification of your child's continuing disability status.

## *State eligibility laws and the Employee Retirement Income Security Act of 1974 (ERISA)*

States sometimes pass laws that require employee benefit plans to provide benefits and/or coverage to individuals who otherwise are not eligible.

It is Verizon's position that the federal law known as ERISA supersedes state law. As a result, the company only covers the individuals outlined in this summary plan description (SPD).

However, an insurance company may be required to comply with particular state laws. It is the insurer's responsibility to determine whether it must comply.

# Life and accident insurance

## *Coverage at a glance*

Here is an overview of the life and accident insurance options:

| | Who pays | Coverage amounts | Benefits are paid to |
|---|---|---|---|
| **Employee coverage** | | | |
| • Basic employee life insurance.<br><br>• Basic accidental death and dismemberment (AD&D) insurance. | • Verizon.<br><br>• Verizon. | • 1 x your pay.<br>• Maximum coverage: $10 million. | **Basic and supplemental life insurance:**<br>• Your beneficiaries if you die.<br>• You may receive an accelerated benefit if you become terminally ill.<br><br>**Basic and supplemental AD&D insurance:**<br>• Your beneficiaries if you die as the result of a covered accident.<br>• You if you are seriously injured as the result of a covered accident. |
| • Business travel accident (BTA) insurance. | • Verizon. | • 3 x your pay.<br>• Maximum coverage: $1.5 million. | • Your beneficiaries if you die.<br>• You if you are injured as the result of a covered accident. |
| • Supplemental employee life insurance.<br>• Supplemental AD&D insurance. | • You. See the specific section to learn how your cost is determined. | • Up to 8 x your pay (in **addition** to your basic employee life and basic AD&D insurance).<br>• Maximum supplemental life insurance coverage: $10 million.<br>• Maximum supplemental AD&D coverage: $5 million. | • See above. |

| | Who pays | Coverage amounts | Benefits are paid to |
|---|---|---|---|
| **Spouse or domestic partner coverage** | | | |
| • Dependent life insurance. | • You. See the specific section to learn how your cost is determined. | • $25,000 – $300,000, in $25,000 increments. | • You. |
| • Supplemental AD&D insurance (you must have coverage for yourself to enroll your spouse or domestic partner). | • You. See the specific section to learn how your cost is determined. | • 50% of your coverage amount up to $300,000. | • You. |
| • BTA insurance – spouse only. | • Verizon. | • $100,000. | • You. |
| **Dependent child coverage** | | | |
| • Dependent life insurance. | • You. See the specific section to learn how your cost is determined. | • $5,000 – $25,000, in $5,000 increments. | • You. |
| • Supplemental AD&D insurance (you must have coverage for yourself to enroll your dependent child). | • You. See the specific section to learn how your cost is determined. | • 15% of your coverage amount up to $25,000 for each child. | • You. |
| • BTA insurance. | • Verizon. | • $25,000 for each child. | • You. |
| **Family coverage** | | | |
| • Supplemental AD&D insurance (you must have coverage for yourself to enroll your spouse or domestic partner and dependent children). | • You. See the supplemental AD&D section to learn how your cost is determined. | • Spouse or domestic partner: 40% of your coverage amount up to $300,000.<br>• Child: 10% of your coverage amount up to $25,000 for each child. | • You. |

# Basic employee life and basic accidental death and dismemberment (AD&D) insurance

You automatically are enrolled in:

- Basic employee life insurance.
- Basic AD&D insurance.

The company pays the full cost of this coverage.

Coverage begins on your first day of active work.

Basic employee life and basic AD&D coverage is underwritten by MetLife, but most of your day-to-day questions can be answered by calling the Verizon Benefits Center (see the "Life and accident insurance contacts" section on page 2 for contact information).

## *Basic employee life insurance*

Your basic employee life insurance coverage is equal to one times your pay at the time of your death.

Benefits are paid to your beneficiary if you die. There are no exclusions, but your beneficiary must file a claim to receive benefits.

If you become terminally ill, you may receive a one-time advance payment called an accelerated benefit option.

The company pays the full cost of this coverage.

Coverage begins on your first day of active work.

Under federal tax law, the value of employer-paid life insurance coverage over $50,000 is subject to federal income and social security tax. This value is called imputed income. If you have imputed income, it will be added to your earnings and shown on your W-2 form. The imputed income value is determined by the Internal Revenue Service (IRS) based on age-related rates.

## *Basic accidental death and dismemberment (AD&D) insurance*

Basic AD&D coverage is equal to one times your pay at the time of your death and a percentage of this amount if you are seriously injured in an accident. (See the "When life and accident insurance benefits are paid" section on page 26 for more information.)

Benefits are paid to:

- You if you are dismembered or seriously injured as the result of a covered accident.
- Your beneficiary if you die in a covered accident.

The loss must occur within 365 days after the accident for the benefit to be payable.

You or your beneficiary must file a claim to receive benefits and some exclusions apply. (See the "Exclusions under basic and supplemental AD&D insurance" section on page 21 for more information.)

The company pays the full cost of this coverage.

Coverage begins on your first day of active work.

# Business travel accident (BTA) insurance

You automatically are enrolled for BTA insurance, which pays benefits if you, your spouse, your domestic partner or your eligible dependent children die or are seriously injured while traveling on Verizon business or a relocation trip, as long as the travel is at Verizon's direction and expense.

The company pays the full cost of this coverage.

Coverage begins on your first day of active work.

BTA insurance is administered by Marsh USA Inc., but most of your day-to-day questions can be answered by calling the Verizon Benefits Center (see the "Life and accident insurance contacts" section on page 2 for contact information).

You or your beneficiary must file a claim to receive benefits, and some exclusions apply.

## *When coverage applies*

Business travel accident (BTA) coverage is provided for:

- Active full-time and part-time employees on the U.S. payroll while performing their occupation on and off Verizon's premises, as well as while traveling on company business.
- Active full-time and part-time international employees while traveling on company business away from the location of their permanent work assignment.
- An employee's spouse, domestic partner and dependent children while traveling on Verizon business or a relocation trip, as long as the travel is at Verizon's direction and expense. See "Your dependents" in the "Who is eligible" section on page 4 for more information.

## *Benefit amounts*

### In case of death

You or your beneficiary receives the full coverage amount if you or your covered dependent dies while business travel accident (BTA) coverage is in force:

| Covered individuals | Full coverage amount |
|---|---|
| All U.S. and international employees | 3 x your pay, to a maximum of $1.5 million |
| Spouses, domestic partners and dependent children | $100,000 spouse/domestic partner;<br>$25,000 per dependent child |

### In case of injury

You will receive a percentage of the full coverage amount if you or a covered dependent suffers a covered loss while BTA coverage is in force (see page 27).

The maximum amount payable per accident, for all covered individuals combined, is $30 million. However, acts of terrorism on Verizon's premises are subject to a maximum benefit of $500,000 per person, and a $5 million total benefit for all covered individuals per incident.

## *Exclusions under business travel accident (BTA) insurance*

BTA benefits are **not** paid for death or injury caused by:

- Everyday commuting to and from your place of regular work assignment.
- Suicide or attempted suicide.
- Self-infliction.
- War or any act of war.
- Involvement in any type of active military service.
- Illness or disease of any kind.
- Infections, except pus-forming infection from an accidental cut or wound.
- Voluntary ingestion of alcohol in the insured's blood, which raises the presumption that the insured was under the influence of alcohol. The blood alcohol level is governed by the laws of the state in which the accident occurred.
- Voluntary use of any controlled substance unless prescribed for the covered individual by his or her physician and taken in accordance with the physician's direction.
- Flying in any aircraft being used for or in connection with aerial photography.
- Flying in any aircraft being piloted by an individual not having a valid piloting license and current medical certification.
- Flying in any aircraft that requires a special permit or waiver from the agency that has jurisdiction over civil aviation.
- Flying in any aircraft being used for tests, including speed tests, racing and experimental purposes.

# Supplemental insurance

For added protection beyond the basic coverage amounts Verizon offers you these additional coverages:

- Supplemental employee life.
- Dependent life.
- Supplemental accidental death and dismemberment (AD&D).

You can enroll for and make coverage changes to supplemental insurance at any time. You pay the full cost of these supplemental coverages with after-tax deductions taken from your paycheck.

Supplemental coverage is underwritten by MetLife, but most of your day-to-day questions can be answered by calling the Verizon Benefits Center (see the "Life and accident insurance contacts" section on page 2 for Verizon Benefits Center contact information and the "Additional plan information – Claims administrator" section on page 43 for MetLife contact information).

## Canceling coverage

If you want to cancel any of your supplemental coverage or if a dependent no longer is eligible, contact the Verizon Benefits Center.

If you do not cancel coverage when a dependent no longer is eligible, contributions for coverage will continue to be deducted from your paycheck until you advise the Verizon Benefits Center to change your coverage. In the event that you have premiums withheld with no dependent coverage available, premiums will be refunded.

## *Supplemental employee life insurance*

You can enroll for and make coverage changes to supplemental employee life insurance at any time.

- As a new hire, if you enroll within 31 days of your hire date, coverage begins retroactive to your first day of active work. Payroll deductions begin as soon as administratively possible.
- If you enroll after your initial 31-day enrollment period or make changes to your coverage after your initial enrollment, coverage begins on the date you enroll or the date your evidence of insurability is approved, whichever is later. Payroll deductions begin as soon as administratively possible.

If you become terminally ill, you may receive a one-time advance payment called an accelerated benefit option.

There are no exclusions. Benefits are paid to your beneficiary if you die but he or she must file a claim to receive benefits.

## Coverage amounts

You can purchase a supplemental employee life insurance coverage amount of up to eight times your pay, to a maximum of $10 million.

## Cost of coverage

You pay the full cost of supplemental employee life insurance coverage with after-tax deductions taken from your paycheck. Your cost depends on:

- The amount of your coverage.
- Your pay as of July 1 of the previous calendar year.
- Your age as of December 31 of the previous calendar year.
- Whether or not you use tobacco products. If you used tobacco products at any time during the 12 months before you enroll in the plan, you will be required to contribute more for coverage. However, when you have reached your one-year anniversary of quitting tobacco use, you may notify the Verizon Benefits Center and your contributions will be reduced. (You don't need to wait until benefits renewal to make this change.) Use of tobacco products includes smoking cigarettes, cigars and pipe tobacco, as well as chewing tobacco.

Your cost for coverage does not change during the calendar year because of a change in your pay during that calendar year.

## Evidence of insurability

The following summarizes the evidence of insurability rules for supplemental employee life insurance:

- As a new hire – as long as you enroll for supplemental employee life insurance within 31 days of your hire date – you can elect a coverage amount up to five times your pay, to a maximum of $1 million, without providing evidence of insurability.
- As a new hire – as long as you enroll for supplemental employee life insurance within 31 days of your hire date and if you elect a coverage amount of six, seven or eight times your pay – you must complete an evidence of insurability form and submit it to MetLife.
- If you request a maximum benefit of more than $1 million, or enroll after the initial 31-day enrollment period, you must complete an evidence of insurability form and submit it to MetLife.
- You also must provide evidence of insurability to MetLife if you increase your coverage amount at any time after the initial 31-day enrollment period.

In some cases, you may be required to have a physical exam.

Evidence of insurability should be submitted to:

Metropolitan Life Insurance Company
Statement of Health Unit
P.O. Box 1406
Lexington, KY 40512-4069
Fax #: 1-859-225-7909

If you are required to provide documentation, your coverage amount remains at the highest level of coverage available to you (without documentation) until MetLife approves your application for coverage.

If you are not actively at work on the day your application is approved, your new coverage amount takes effect on the first day of the month after you return to work.

Coverage remains at the highest level available to you without providing evidence of insurability if your documentation is not approved.

### Statements of insurability

After your supplemental employee life insurance has been in effect for at least two years, statements you make related to your insurability will not be used to dispute your claim or to deny your application for an increase in coverage. For example, if you die due to a condition not disclosed on your original application, but more than two years after you initially apply, the claim will not be contested by the claims administrator.

## *Dependent life insurance*

You can enroll for and make coverage changes to dependent life insurance at any time.

- As a new hire, if you enroll for dependent life insurance within 31 days of your hire date, coverage begins retroactive to your first day of active work. Payroll deductions begin as soon as administratively possible.
- If you enroll after your initial 31-day enrollment period or make changes to your coverage after your initial enrollment, coverage begins on the date you enroll or the date your evidence of insurability is approved, whichever is later. Payroll deductions begin as soon as administratively possible.

There are no exclusions but you must file a claim to receive benefits if a covered dependent dies.

## Coverage amounts

You can purchase dependent life insurance in these amounts:

- **Spouse or domestic partner coverage:** From $25,000 to $300,000, in $25,000 increments.
- **Eligible child coverage:** From $5,000 to $25,000, in $5,000 increments.

  If you choose child coverage, all of your eligible children are covered. During the year, any newly eligible child automatically is covered if you elected dependent coverage for your children. Eligible child coverage automatically ends when your youngest child reaches the age limitation under the plan.

## Cost of coverage

You pay the full cost of dependent life insurance coverage with after-tax deductions taken from your paycheck. Your cost depends on:

- The amount of coverage you choose.
- Your spouse's or domestic partner's age as of December 31 of the previous calendar year.

## Evidence of insurability

You may apply for dependent life insurance without evidence of insurability within 60 days of:

- Your marriage.
- Establishing a domestic partnership.
- The birth or adoption of your dependent child.

However, you must submit an evidence of insurability form for your dependent(s) to MetLife if you:

- Elect spouse or domestic partner coverage of more than $25,000.
- Elect coverage for a dependent who has been hospitalized or who is unable to perform normal activities of daily living at any time during the 90-day period before enrolling that dependent.
- Want to increase the coverage amount at any time.
- Apply for dependent life insurance after the initial 31-day enrollment period.

In some cases, your dependent may be required to have a physical exam.

Evidence of insurability should be submitted to:

Metropolitan Life Insurance Company
Statement of Health Unit
P.O. Box 1406
Lexington, KY 40512-4069
Fax #: 1-859-225-7909

If you are required to provide documentation, your dependent life insurance coverage amount remains at the highest level available (without documentation) until MetLife approves the application for coverage.

If you are not actively at work on the day your dependent's application is approved, the new coverage amount takes effect on the first day of the month after you return to work.

Coverage remains at the highest level available without providing evidence of insurability if the documentation is not approved.

### Statements of insurability

After your dependent life insurance has been in effect for at least two years, statements you make related to your dependents' insurability will not be used to dispute your claim or to deny your application for an increase in coverage. For example, if your dependent dies due to a condition not disclosed on your original application, but more than two years after you initially apply, the claim will not be contested by the claims administrator.

## *Supplemental accidental death and dismemberment (AD&D) insurance*

You can enroll for and make coverage changes to supplemental AD&D insurance at any time.

- As a new hire, if you enroll within 31 days of your hire date, coverage begins retroactive to your first day of active work. Payroll deductions begin as soon as administratively possible.
- If you enroll after your initial 31-day enrollment period or make changes to your coverage after your initial enrollment, coverage begins on the date you enroll. Payroll deductions begin as soon as administratively possible.

The loss must occur within 365 days after the accident for the benefit to be payable.

You or your beneficiary must file a claim to receive benefits if you or a covered dependent dies or suffers injuries as the result of a covered accident. Some exclusions apply. (See the "Exclusions under basic and supplemental AD&D insurance" section on page 21 for more information.)

## Coverage amounts

You can purchase one of four supplemental AD&D insurance options:

- **Employee only.** You can be covered for one to eight times your pay, to a maximum of $5 million.

- **Employee plus spouse or domestic partner.** You can be covered for one to eight times your pay, to a maximum of $5 million.

  Your spouse or domestic partner can be covered for 50% of your coverage amount, to a maximum of $300,000.

- **Employee plus child(ren).** You can be covered for one to eight times your pay, to a maximum of $5 million.

  Each child can be covered for 15% of your coverage amount, to a maximum of $25,000 per child.

- **Employee plus family.** You can be covered for one to eight times your pay, to a maximum of $5 million.

  Your spouse or domestic partner can be covered for 40% of your coverage amount, to a maximum of $300,000.

  Each child may be covered for 10% of your coverage amount, to a maximum of $25,000 per child.

## Benefit amounts

### *In case of death*

The supplemental AD&D benefit amount payable to your beneficiary is based on your pay on the date of your death. The benefit payable if your dependent dies is a percentage of the coverage amount you elected.

### *In case of injury*

The supplemental AD&D benefit amount payable to you or your beneficiary is based on your pay on the date of the accidental injury. The benefit payable if your dependent is injured is a percentage of the coverage amount you elected.

## Cost of coverage

You pay the full cost of supplemental AD&D insurance coverage with after-tax deductions taken from your paycheck. Your cost depends on:

- The amount of coverage you choose.

- Your pay as of July 1 of the previous calendar year.

- Whether you elect coverage for yourself only or for you and your dependents.

Your cost for coverage does not change during the calendar year because of a change in your pay during that calendar year.