## Exclusions under basic and supplemental AD&D insurance

Basic and supplemental AD&D benefits are **not** paid if your or your dependent's death or injury results from any of the following:

- Disease, including a mental health disorder, or medical or surgical treatment of an illness or injury.
- Infection, except as the result of an accidental cut or wound.
- Commission of an assault, crime or illegal occupation.
- Suicide or attempted suicide.
- Self-infliction.
- Driving a vehicle while intoxicated.
- Operating, learning to operate, or serving as a member of a crew of an aircraft, other than serving as a pilot or crew member of a company-owned or company-leased aircraft.
- Any poison or gas voluntarily taken, administered or absorbed.
- Service in the armed forces in any country or international authority, except the United States National Guard.
- Terrorism.
- Act of war.

# SurvivorSupport

SurvivorSupport Financial Counseling Service is available to you and your family if you or a covered dependent becomes terminally ill and/or dies. This service is voluntary and available at no additional cost to you.

SurvivorSupport offers you and/or your family members comprehensive and prudent advice concerning your personal financial situation so you can make logical, well-informed decisions. You will have access to experienced financial planners who are familiar with Verizon's benefit and financial security plans. They can help you integrate this benefit information into your overall financial plan and prioritize the tasks ahead.

You can receive one-on-one financial counseling on topics such as, but not limited to:

- Managing your cash flow.
- Estate planning.
- Reviewing tax implications.
- Investments.
- Retirement planning.
- College funding.

Call 1-800-235-3417 to learn more or if you and/or your family are eligible to receive SurvivorSupport services.

# Naming a beneficiary

A beneficiary is the person, persons, estate or trust that will receive benefits if you die. You can designate one person or several individuals to receive benefits.

If you want benefits to be shared, you need to indicate the percentage (instead of a dollar amount) of the total benefit for each beneficiary. All percentages must be in whole numbers; no fractions are allowed. For example, you can designate 65% of the benefit for one person and 35% for another person for a total of 100%.

Unless you choose otherwise, multiple beneficiaries will share equally in the benefit. For example, three beneficiaries would be allocated benefits at 34%, 33% and 33%, for a total of 100%. If one or more of your beneficiaries no longer is living when you die, the benefit that would have gone to that beneficiary will be redistributed among your remaining beneficiaries, unless you designate otherwise on your beneficiary designation form.

If you die and do not leave a surviving beneficiary, your benefits generally will be paid in the following order:

- Your surviving spouse, if any.
- Your surviving children equally, if there is no surviving spouse.
- Your surviving parents equally, if there is no surviving spouse or child.
- Your estate.

## *Managing beneficiary information*

You can manage your beneficiary information for basic and supplemental employee life and basic and supplemental accidental death and dismemberment (AD&D) coverage online or by calling the Verizon Benefits Center (see the "Life and accident insurance contacts" section on page 2 for contact information). Once you have entered your information online, you can sign on to the Web site at any time after that to review or update your beneficiary information.

Online, go to *Your Benefits Resources* Web site on the Internet (see the "Life and accident insurance contacts" section on page 2 for contact information) or via the eWeb@DigitalWorkplace, then:

- From the "Find it Fast" menu, select "Beneficiaries."
- Choose basic life insurance and follow the instructions.

Once you input your beneficiary designation, your election is effective immediately and the Verizon Benefits Center will send you a confirmation in the mail.

To designate a beneficiary via the Verizon Benefits Center, contact a Verizon Benefits Center representative. The representative will process your designation. Your election is effective immediately and the Verizon Benefits Center will send you a confirmation in the mail.

You also can verify or change your beneficiary designation at any time by accessing *Your Benefits Resources* Web site or calling the Verizon Benefits Center.

If you previously completed a beneficiary designation form for life and accident insurance, your beneficiary will be the person you designated on the paper form until you input your beneficiary information via *Your Benefits Resources*. After you enter your beneficiary information, your online designation will replace your paper designation as your current beneficiary designation.

You are not required to use the online beneficiary management features on the Web site, but doing so is convenient and an efficient way to keep your beneficiary information current.

## Business travel accident (BTA) insurance beneficiary

You are the beneficiary for any spouse and/or dependent child benefits payable.

If you die, death benefits will be paid to the beneficiary you designated for your basic employee life insurance coverage. If no beneficiary is designated, then the benefit will be paid to your estate.

## Dependent life insurance beneficiary

You are the beneficiary for any dependent life insurance you elect – no beneficiary designation is required.

# If you transfer to Verizon from a related company

If you are an active management employee who transfers to Verizon from a related company, you can enroll in life and accident insurance. To be covered, you must enroll within 30 days after your last day of work at the previous company. A "related company" is a domestic company that is at least 50% owned by Verizon Communications Inc., such as Verizon Wireless.

## *Coverage available at transfer*

You can enroll for the following amounts of coverage when you transfer. After transfer, you may increase your basic employee life and supplemental life coverage by submitting evidence of insurability as explained on page 16. You may increase accidental death and dismemberment (AD&D) coverage without evidence of insurability.

- Basic employee life and AD&D insurance coverage – equal to one times your pay on the date of transfer. If you had a higher level of basic coverage at your previous company, you can continue that higher amount of coverage as supplemental coverage, as explained below, and at your own cost.

- Supplemental life and AD&D insurance – equal to the increment or multiple of pay that you had with your previous company. If coverage amounts from the previous plan and Verizon's plan do not match, you can elect up to the next higher option under Verizon's plan. If the coverage you had at your previous company was higher than Verizon's plan allows, you may convert your coverage to an individual policy. Contact MetLife for more information.

- Dependent life insurance – up to the amount of dependent life insurance you had with your previous company on the date of transfer. If coverage amounts from the previous plan and Verizon's plan do not match, you can elect up to the next higher option under Verizon's plan. If the coverage you had at your previous company was higher than Verizon's plan allows, you may convert your coverage to an individual policy. Contact MetLife for more information.

You cannot elect coverage under Verizon's plan that exceeds the Verizon plan's maximums.

### Absolute assignment

If you assigned the life insurance coverage from your previous plan to another person or a trust or an entity such as a viatical company, you may not change the absolute assignment if Verizon's life insurance is part of the same contract as the life insurance contract with the related company.

### Retiree life insurance

See the "Continuing coverage at retirement" section for information on eligibility.

# When life and accident insurance benefits are paid

## *Filing a claim*

You or your beneficiary must file a claim to receive benefits.

Claims should be filed as soon as possible after a death or accidental injury. If a benefit is denied, you or your beneficiary has the right to appeal.

### If a covered person dies

You or a family member should contact the Verizon Benefits Center as soon as possible for assistance with filing a claim if a covered person dies.

You or a family member will need to provide certified copies of the death certificate.

You are the beneficiary if your covered dependent dies. However, if you die at the same time as your covered dependent or within 24 hours of your covered dependent's death, the dependent life benefit will be paid to one or more of the following, in the order specified, who are related to your dependent and who survive your dependent:

- Dependent's child.
- Dependent's parent.
- Dependent's brother and/or sister.

If your dependent is not survived by any of these individuals, the benefit will be paid to your estate – not to the estate of your dependent.

### If you become terminally ill

If you become terminally ill, you may receive a one-time advance payment, called an accelerated benefit option.

To file a claim, you or a family member should contact the Verizon Benefits Center.

This provision **does not apply** to business travel accident (BTA), dependent life, basic accidental death and dismemberment (AD&D) or supplemental AD&D insurance.

The accelerated benefit is 50% of your basic and supplemental employee life insurance coverage amounts – up to $100,000 for each coverage. A medical doctor must provide proof acceptable to the claims administrator that your illness is terminal and that death is expected within six months.

Accelerated benefits are not taxable and may be used for any purpose. The life insurance benefit paid to your beneficiary after your death will be reduced by the amount of the accelerated benefit paid to you.

## If a covered person is seriously injured

You or a family member should file a claim within 90 days after the accident by contacting the Verizon Benefits Center.

A doctor must complete a form verifying the injured person's medical condition. In addition, that person may be asked to have a medical examination by a licensed doctor appointed by the claims administrator, or to provide other satisfactory proof of injury or disability.

For benefits to be payable, the loss must:

- Be the direct result of a covered accident and from no other cause.
- Occur within 90 days (365 days under the BTA plan) of the accident.

The benefit payable is a percentage of the coverage amount in effect under the basic and supplemental AD&D and BTA plans.

These losses are covered:

| Covered loss/injury: | Percentage of total benefits payable: |
|---|---|
| Death (basic and supplemental AD&D and BTA) | • 100% to the beneficiary. |
| Dismemberment (basic and supplemental AD&D and BTA) | |
| • Any 2 losses: hand, foot, sight in an eye, hearing (both ears) and speech. | • 100% to you. |
| • 1 hand or 1 foot. | • 50% to you. |
| • Sight in an eye. | • 50% to you. |
| • Loss of hearing (both ears). | • 50% to you. |
| • Loss of speech. | • 50% to you. |
| • Thumb and index finger of the same hand. | • 25% to you. |
| Total paralysis | |
| • Basic and supplemental AD&D: | |
| — Both upper and lower limbs (quadriplegia). | • 100% to you. |
| — Both lower limbs (paraplegia). | • 50% to you. |
| — Upper and lower limbs on one side of body (hemiplegia). | • 50% to you. |
| • BTA: | |
| — 4 limbs. | • 100% to you. |
| — 3 limbs. | • 75% to you. |
| — 2 limbs. | • 66.67% to you. |
| — 1 limb. | • 50% to you. |
| Brain damage (basic and supplemental AD&D only – **not** applicable under BTA) | • 100% to the beneficiary. |
| Coma | |
| • Basic and supplemental AD&D. | • 10% each month to the beneficiary, to a maximum of 6 months. |
| • BTA. | • 1% of the full covered amount payable each month, to a maximum of 11 months. |

# How life and accident benefits are paid

Benefits are paid based on the coverage amount in effect on the date of:

- **Death** for:

  — Basic employee life insurance.

  — Basic accidental death and dismemberment (AD&D) insurance.

  — Business travel accident (BTA) insurance.

  — Supplemental employee life insurance.

  — Dependent life insurance.

  — Supplemental AD&D insurance.

  Except for BTA benefits, an interest-bearing account will be established for each of the covered person's beneficiaries whose benefits from the plan total $5,000 or more. Benefits will be deposited in the account as soon as the claims administrator approves the claim for benefits.

  The beneficiary can make withdrawals from this account at any time. The minimum withdrawal is $250 and the maximum is the total amount in the account.

  If a beneficiary's total benefit is less than $5,000, the beneficiary will receive a check for the total amount of the benefit as soon as the claims administrator approves the claim for benefits.

  For BTA benefits, the claims administrator will pay benefits as a lump sum as soon as administratively possible.

- **The accident** for:

  — BTA insurance.

  — Basic AD&D insurance.

  — Supplemental AD&D insurance.

  The benefit payable for you is based on your pay on the date of the accidental injury, even if a covered loss directly resulting from the accident occurs **after** the date the accident took place. The benefit payable for a covered dependent is based on the coverage amount you have elected for dependent coverage.

  Benefits are paid in a single lump sum after receipt of satisfactory proof of loss.

## *Assignment of benefits*

You can transfer your ownership rights to basic and supplemental employee life insurance by "assigning benefits." The assignee can be either a person or a trust.

Business travel accident (BTA), dependent life and basic and supplemental accidental death and dismemberment (AD&D) insurance plan benefits cannot be assigned.

The assignment becomes effective on the date you sign the transfer but only after it is approved by MetLife.

After your assignment becomes effective, you no longer can make changes, including:

- Changing your beneficiary.
- Changing your coverage amount.
- Converting coverage.

These rights belong to the assignee.

To request additional information and an assignment form, contact MetLife.

Because of the various legal and tax implications involved, consult with a lawyer or tax advisor before assigning your benefits.

# When coverage ends

In general, coverage under these plans ends when your employment with Verizon ends:

- Basic employee life and accidental death and dismemberment (AD&D) insurance.
- Business travel accident (BTA) insurance.
- Supplemental employee life insurance.
- Dependent life insurance.
- Supplemental AD&D insurance.

## *Basic employee life and accidental death and dismemberment (AD&D) insurance*

Participation in the basic employee life and AD&D insurance plans ends for you if:

- Your employment with the company ends, including retirement. (See the "Continuing coverage at resignation/termination" and "Continuing coverage at retirement" sections on page 36 for information on how to continue your coverage.)
- You misrepresent your eligibility status.
- You no longer meet the applicable eligibility requirements of the plan (including any amendments to such requirements).
- The plan ends or is amended to eliminate coverage for all participants or a group of participants that includes you.
- You die.

When your basic employee life insurance ends, you may be able to convert all or part of your coverage to an individual policy.

## *Business travel accident (BTA) insurance*

In general, BTA insurance coverage ends for you and your eligible dependents if:

- Your employment with the company ends, including retirement. (See the "Continuing coverage at resignation/termination" and "Continuing coverage at retirement" sections on page 36 for information on how to continue your coverage.)
- You misrepresent your eligibility status.
- You or a covered individual no longer meets the applicable eligibility requirements of the plan (including any amendments to such requirements).

- The plan ends or is amended to eliminate coverage for all participants or a group of participants that includes you.
- You die.

BTA insurance cannot be converted to an individual policy.

## *Supplemental employee life insurance*

In general, supplemental employee life insurance coverage ends for you if:

- Your employment with the company ends, including retirement. (See the "Continuing coverage at resignation/termination" and "Continuing coverage at retirement" sections on page 36 for information on how to continue your coverage.)
- You misrepresent your eligibility status.
- You no longer meet the applicable eligibility requirements of the plan (including any amendments to such requirements).
- The plan ends or is amended to eliminate coverage for all participants or a group of participants that includes you.
- You die.

## *Dependent life insurance*

In general, dependent life insurance coverage ends if:

- Your employment with the company ends, including retirement. (See the "Continuing coverage at resignation/termination" and "Continuing coverage at retirement" sections on page 36 for information on how to continue your coverage.)
- You misrepresent your eligibility status.
- You no longer meet the applicable eligibility requirements of the plan (including any amendments to such requirements).
- A covered individual no longer meets the applicable eligibility requirements of the plan (including any amendments to such requirements).
- The plan ends or is amended to eliminate coverage for all participants or a group of participants that includes you.
- You die.

## Supplemental accidental death and dismemberment (AD&D) insurance

In general, supplemental AD&D insurance coverage ends for you and your eligible dependents if:

- Your employment with the company ends, including retirement. (See the "Continuing coverage at resignation/termination" and "Continuing coverage at retirement" sections on page 36 for information on how to continue your coverage.)
- You misrepresent your eligibility status.
- You no longer meet the applicable eligibility requirements of the plan (including any amendments to such requirements).
- A covered individual no longer meets the applicable eligibility requirements of the plan (including any amendments to such requirements).
- The plan ends or is amended to eliminate coverage for all participants or a group of participants that includes you.
- You die.

Supplemental AD&D insurance cannot be converted to an individual policy.

However, you may be able to continue your life and accident coverage if your active employment ends due to military leave (emergency and nonemergency) or:

- Disability.
- Leave of absence.
- Resignation/termination.
- Retirement.

## Converting coverage

You may be able to convert your coverage to an individual policy, without providing evidence of insurability, if your basic and/or supplemental employee life insurance ends or is reduced. In some situations, you also may be able to convert dependent life insurance.

### Life insurance conversion

Conversion **is not available** for business travel accident (BTA), basic accidental death and dismemberment (AD&D) or supplemental AD&D insurance.

You will receive information about how to convert coverage to an individual policy from the claims administrator. You then will need to contact the specific insurance company/claims administrator, within 31 days, to initiate the conversion process.

The converted policy:

- Can be any of the individual policies offered by the insurance company/claims administrator, except term insurance.
- Will not have disability benefits or other extra benefits.
- Will take effect at the end of the 31-day conversion period.
- Cannot be more than the amount of coverage you have through the Verizon plan.
- May differ from the Verizon plan in the benefits provided and the cost.

You or your dependent also can apply for a lesser amount of life insurance.

## Cost for individual coverage

Costs for an individual policy will be based on:

- The risk class to which you or your dependent belongs.
- Your age or your dependent's age on the effective date of the individual policy.
- The type and amount of the policy.

## Additional information

The individual policy will be reduced by any amount you or your dependent is eligible for or becomes eligible for under any other group plan within the 31-day conversion period. The other group plan may be issued or reinstated by any insurance company/claims administrator.

If you or your dependent dies within the 31-day conversion period, the insurance company/claims administrator will pay the beneficiary the amount of life insurance that could have been purchased under the individual policy. The individual policy will not become effective.

In any case, coverage under an individual policy will be different from coverage under this plan, and you must pay the cost before an individual policy can be put in force.

If basic employee life, supplemental employee life or dependent life insurance coverage stops because Verizon terminates the plan or because the plan is terminated for your group, you or your dependent must have been a participant for at least five years to convert your coverage.

Under this circumstance, the conversion policy cannot be more than the lesser of:

- $10,000.
- The amount of insurance you or your dependent had under the plan.

## *Continuing coverage during disability*

If you receive Verizon long-term disability (LTD) plan benefits:

- Basic employee life insurance coverage continues at no cost to you until short-term disability (STD) and LTD benefits end.
- Supplemental employee life and dependent life insurance coverage continue as long as you pay the premium while receiving LTD benefits. The Verizon Benefits Center will bill you directly.
- Basic and supplemental accidental death and dismemberment (AD&D) coverage ends when you are approved for LTD benefits.
- Business travel accident (BTA) coverage ends on the date your employment ends due to disability.

### When LTD benefits end

If you return to active status with Verizon:

- Basic employee life insurance coverage continues.
- The company reinstates your basic AD&D and BTA coverage.
- The Verizon Benefits Center reinstates any supplemental employee life, dependent life and supplemental AD&D coverage.

If you do not return to work at Verizon, you may be able to convert some of your coverage.

### If Verizon changes benefits

If Verizon offers new benefits or changes its benefits while you are receiving LTD benefits, you are eligible for the new or changed benefits when you return to active employment with Verizon. If you do not return to active employment, you are not entitled to new benefits or changes.

## *Continuing coverage during a leave of absence*

If you are on an approved leave of absence:

- Basic employee life insurance coverage continues until your leave ends.
- Supplemental employee life and dependent life insurance coverage continue as long as you pay the premium. The Verizon Benefits Center will bill you directly.
- Basic and supplemental accidental death and dismemberment (AD&D) coverage ends on the day your approved leave begins.
- Business travel accident (BTA) coverage ends on the date your approved leave begins.

## When your leave ends

If you return to active status with Verizon:

- Basic employee life insurance coverage continues.
- The company reinstates your basic AD&D and BTA coverage.
- The Verizon Benefits Center reinstates any supplemental employee life, dependent life insurance and supplemental AD&D coverage you may have continued while on leave.

If you do not return to work at Verizon, you may be able to convert some of your coverage.

## If Verizon changes benefits

If Verizon offers new benefits or changes its benefits while you are receiving LTD benefits, you are eligible for the new or changed benefits when you return to active employment with Verizon. If you do not return to active employment, you are not entitled to new benefits or changes.

## *Continuing coverage at resignation/termination*

When you resign or your employment with Verizon terminates:

- Basic employee life and dependent life insurance coverage ends. You will receive a conversion notice.
- Supplemental employee life insurance coverage reduces to 50% of the coverage amount in effect on your termination date and can continue for two years, as long as you pay the premium. The Verizon Benefits Center will bill you directly. When this extended coverage ends, you can convert it.
- Basic and supplemental accidental death and dismemberment (AD&D) coverage ends on the day your employment ends.
- Business travel accident (BTA) coverage ends on the day your employment ends.

## *Continuing coverage at retirement*

When you retire:

- Verizon automatically provides retiree life insurance of $10,000 at no cost to you if you were an employee eligible for retiree life insurance coverage on December 31, 2004.

  Special rules apply:

  — If you are hired or transfer into a position with management benefits on or after January 1, 2005.

  — For certain employee groups not eligible for subsidized retiree life insurance on January 1, 2005.

  See the "Special rules for retiree basic life insurance" section on page 38 for more information.

- You can continue up to three times your pay under your supplemental employee life insurance coverage, as well as dependent life insurance coverage if you have coverage at the time you retire.
- Basic and supplemental accidental death and dismemberment (AD&D) coverage ends on the day your employment ends.
- Business travel accident (BTA) coverage ends on the day your employment ends.

## Continuing supplemental employee life insurance

If you have supplemental employee life insurance coverage at the time you retire, the Verizon Benefits Center will bill you directly to continue coverage of up to three times your pay. You also can choose to have these payments automatically deducted from your pension benefit.

If your coverage amount is reduced because of the "three times" limitation, you will receive a conversion notice for the excess coverage.

The maximum amount of supplemental employee life insurance in retirement is $10 million.

These rules also apply:

- You cannot increase coverage in retirement.
- You can decrease or stop your supplemental employee life insurance coverage at any time during retirement. If you do, you will not be able to increase or re-enroll for coverage.
- You can elect not to continue your supplemental employee life insurance at retirement. If you waive coverage when you retire, you will not be able to re-enroll for coverage.

### *If you retire before January 1, 2008*

You will be eligible to choose a special flat-dollar premium to take effect on January 1 after your 65th birthday if you continue one, two or three times your pay in supplemental life insurance at retirement. The flat-dollar premium applies to the first $50,000 of coverage, in $10,000 increments.

Retiree premiums can increase (or decrease) if there is a general increase (or decrease) in rates for all Verizon supplemental employee life insurance participants.

Any request for an increase in coverage, and the approval of the request, must occur **before your retirement date.**

## Continuing dependent life insurance

As long as you have dependent life insurance coverage at the time you retire, the Verizon Benefits Center will bill you directly if you continue:

- Spouse or domestic partner coverage, up to a maximum of $25,000. Coverage ends on the January 1 after your spouse's or domestic partner's 65th birthday.
- Child coverage, up to a maximum of $5,000 for each eligible child.

You also can choose to have these payments automatically deducted from your pension benefit.

These rules also apply:

- You cannot increase dependent life insurance in retirement.
- You can stop coverage at any time. If you do, you will not be able to re-enroll for coverage.

## *Special rules for retiree basic life insurance*

Special rules apply:

- If you are hired or transfer into a position with management benefits on or after January 1, 2005.
- For certain employee groups not eligible for retiree basic life insurance on January 1, 2005. (See "Your Retiree Life Insurance" summary plan description [SPD] for more information.)

Generally, if you were hired, or leave the company and are subsequently rehired, on or after January 1, 2005 into a position with management benefits, you **will not be eligible for** retiree basic life insurance benefits.

However, circumstances vary, and certain rehired employees will be eligible:

- If you are retirement-eligible when you leave Verizon and are later rehired, you will be eligible for retiree basic life insurance coverage.
- If you are an employee of the former GTE with Change in Control (CIC) protection, leave Verizon and are later rehired, you will be eligible for retiree basic life insurance if you choose to participate in the former GTE retiree medical and life insurance plans when you retire. Please note that the life insurance amount provided under the former GTE plan is $5,000. To be eligible for CIC protection, you had to have been retirement-eligible under your former GTE pension plan no later than May 18, 2004.

If you transfer from an associate position to a management position and retire from a management position, you will:

- Be eligible for retiree basic life insurance coverage if you originally were hired before January 1, 2005, and had at least 15 years of service (including an additional 18 months) as of June 30, 2006.
- Not be eligible for a company subsidy toward retiree life insurance coverage if you were hired on or after January 1, 2005.

If you are a management employee currently working for a Verizon affiliate that does not provide retiree basic life insurance benefits and you transfer to a management position at a Verizon affiliate that provides retiree basic life insurance:

- **Before July 1, 2006**, you will be eligible for retiree basic life insurance based on all of your net credited service if you subsequently retire from a participating affiliate, and if you had at least 15 years of service (including an additional 18 months) as of June 30, 2006.

- **After July 1, 2006**, you will not be eligible for retiree basic life insurance coverage.

This chart highlights the circumstances that allow eligibility for retiree basic life insurance coverage:

| Employee group | Access only | Company-paid retiree life insurance |
|---|---|---|
| **New hire** | X | |
| **Hire – Mandatory Portability Agreement (MPA) employees:** Hired into fBA portability company and met all MPA requirements: | | |
| • Retirement-eligible under prior MPA company | | X |
| • Not retirement-eligible under prior MPA company | X | |
| Not eligible for full portability (not hired into a portability company, does not meet MPA requirements or waived MPA) | X | |
| **Rehire – retiree** | | X |
| **Rehire – former employee not retirement-eligible at prior termination** | X | |
| **Rehire – divested employees** | | |
| • Retirement-eligible for retiree welfare from Verizon at divestiture | | X |
| • Not retirement-eligible for retiree welfare from Verizon at divestiture | X | |
| **Promotion – associate to management** | | |
| • Hired as an associate prior to 1/1/05 and later promoted to management before 7/1/06 with at least 15 years of service (including the additional 18 months) on 6/30/06 | | X |
| • Hired as an associate on or after 1/1/05 and later promoted to management | X | |
| **Insourced employees** (Individuals who were employed by a non-Verizon company, whose work subsequently is assumed by Verizon, and the | X | |

| Employee group[1] | Access only | Company-paid retiree life insurance |
|---|---|---|
| individuals become Verizon employees) | | |
| **Management employees working for a company that does not provide retiree welfare** (did not previously have access either; e.g., VCS, VZ Avenue, FNS) | X[2] | |
| • Already retirement-eligible with the Rule of 76 as of 5/18/04 under fGTE CIC-protected plan | | X |
| **Transfer from company with retiree welfare to company without retiree welfare** | | |
| • Already retirement-eligible under Verizon retiree welfare plan at transfer date (VCS employees retirement-eligible by 12/31/05 are eligible for company-paid life insurance) | | X |
| • Already retirement-eligible with the Rule of 76 as of 5/18/04 under fGTE CIC-protected plan | | X |
| • Not retirement-eligible at transfer date | X | |
| **Transfer from company with retiree welfare to company without retiree welfare and subsequently returns to company with retiree welfare** | | X |
| **Verizon Wireless employee transferred or hired/rehired by Verizon Communications participating company** | | |
| • Employee directly transferred from fGTE to Verizon Wireless on or after 7/10/2000 and before 1/1/2002 | | X[3] |
| • Employee transferred from fGTE to Verizon Wireless on or after 1/1/02 | | X[4] |
| • Employee directly transferred from fBA to Verizon Wireless | | X[4] |
| • No prior fBA or fGTE service | X | |

This chart is a condensed version of a more detailed and comprehensive chart that is part of The Plan for Group Insurance.

Contact the Verizon Benefits Center if you would like a copy of the full chart or a copy of The Plan for Group Insurance, or if you have questions about these special rules.

[1]In addition to the specific rules outlined for each employee group, two general principles apply:
(i) Unless otherwise indicated in the matrix or the footnotes, non-participating companies will not provide company-paid retiree life insurance.
(ii) For comprehensive employee work histories, it may be necessary to refer to more than one matrix cell to determine if the employee will be eligible for company-paid retiree life insurance. For example, if an employee began work at Verizon New Jersey in 1998, transferred to Verizon Wireless in 2006 (a non-participating company), returned to Verizon Corporate Services Corp. in 2010, transferred to FNS (a non-participating company) in 2013, and separated from service in 2022 at age 55, the employee would not be eligible for company-paid life insurance. The employee would have earned eight years of service before transfer to Verizon Wireless plus three years of service at Verizon Corporate Services Corp., for a total of 11 years of service prior to transfer to FNS, the non-participating company. (Service at Verizon Wireless is not counted toward retirement eligibility.) Since the employee was not retirement-eligible prior to the transfer to FNS, the employee would not be eligible for company-paid life insurance.

[2]Employees who transferred to a participating company before 7/1/06, with at least 15 years of service (including the additional 18 months) on 6/30/06, are eligible for company-paid retiree life insurance at retirement. Employees who did not transfer to a participating company before 7/1/06 are not eligible for company-paid life insurance, but may purchase retiree life insurance if the employee reaches retirement eligibility.

[3]Retirement eligibility for company-paid life insurance will be based on the employee's service with fGTE/Verizon Communications prior to transfer, service with Verizon Wireless through 5/31/04 and service after return to Verizon Communications in a participating affiliate. Service with Verizon Wireless on and after 6/1/04 will be excluded for purposes of retiree life insurance eligibility, and the employee will not be eligible for retiree life insurance from Verizon Wireless (although Verizon Communications may provide company-paid retiree life insurance if the employee was retirement-eligible by 5/31/04). Company-paid life insurance will not be available if the employee returns to a non-participating company unless the employee already reached retirement eligibility based on prior service. However, the employee may earn additional service toward retirement eligibility if the employee subsequently transfers to a participating company.

[4]Eligibility for company-paid life insurance will be based on the employee's service with fGTE or fBA and Verizon Communications (whether or not in a participating company) prior to the earlier of 1/1/05 or direct transfer to Verizon Wireless. Service on and after 1/1/05 with a Verizon Communications non-participating company will count toward retirement eligibility for life insurance. Verizon Wireless does not provide retiree life insurance, and service with Verizon Wireless will not count toward reaching retirement eligibility (although Verizon Communications may provide company-paid retiree life insurance if the employee was retirement-eligible prior to the transfer to Verizon Wireless). Service after return to Verizon Communications in a participating affiliate will be added to prior Verizon Communications service previously recognized for eligibility purposes. Company-paid life insurance will not be available if the employee returns to a non-participating company unless the employee already reached retirement eligibility based on prior service. However, the employee may be eligible for retiree life insurance if the employee subsequently transfers to a participating company.