# Administrative information

This section contains important information about how your benefits are administered and funded. It also contains information about your rights and responsibilities as a participant and steps you can take if certain situations arise.

## *Plan names/identification*

The life and accident insurance plans are employer-sponsored benefit plans governed by the Employee Retirement Income Security Act of 1974 (ERISA) and subject to the reporting and disclosure requirements of this law. As indicated in the "About this document" section on page 1, the life, accidental death and dismemberment (AD&D) and business travel accident (BTA) insurance plans are the names these plans are commonly known by – but benefits are governed by an official plan document. This official plan document is The Plan for Group Insurance.

The Plan for Group Insurance is the welfare plan providing the life and accident insurance benefits described in this summary plan description (SPD). The plan is listed with the United States Department of Labor under Verizon Communications Inc.'s employer identification number: 23-2259884.

The plan number for The Plan for Group Insurance is 580.

## Plan documents

The plan documents consist of:

- The official plan document.
- This SPD.
- Applicable summaries of material modifications (SMMs) and other general communications identified as being part of the plans.
- Any trust agreements formally adopted under the plans.
- The pertinent contracts between Verizon and the claims administrators and other firms that provide services under the plans.

### *Collective bargaining agreements*

If you are an employee who is covered by a collective bargaining agreement under which management benefits were negotiated, the terms of your benefits also are governed by a collective bargaining agreement between Verizon and your union. You and your beneficiaries may review the collective bargaining agreement at your location. You also can request a copy by writing to the plan administrator.

## *Additional plan information*

| | |
|---|---|
| **Plan sponsor/employer** | Verizon Communications Inc.<br>One Verizon Way<br>Basking Ridge, NJ 07920 |
| **Plan administrator** | The Verizon Employee Benefits Committee (VEBC) and/or the Chairperson of the VEBC<br>c/o Verizon Benefits Center<br>P.O. Box 1457<br>100 Half Day Road<br>Lincolnshire, IL 60069-1457<br>1-877-Ask-VzHR (1-877-275-8947) |
| **Claims administrator** | **Enrollment and eligibility claims and appeals**<br>The Verizon Claims Review Committee (VCRC) is responsible for enrollment and eligibility claims. The VCRC can be reached at:<br><br>Verizon Claims Review Committee (VCRC)<br>c/o Verizon Claims Review Unit<br>P.O. Box 1438<br>Lincolnshire, IL 60069-1438<br>1-877-Ask-VzHR (1-877-275-8947)<br><br>**Benefit claims and appeals**<br>***Basic life, basic accidental death and dismemberment (AD&D), supplemental employee life, dependent life and supplemental AD&D***<br>Metropolitan Life Insurance Company<br>P.O. Box 3016<br>Utica, NY 13504<br><br>***Business travel accident (BTA)***<br>Marsh USA Inc.<br>1166 Avenue of the Americas – 23rd Floor<br>New York, NY 10036<br>Attn: Gregory M. Rueckert |
| **Participating company** | All Verizon domestic companies, except Verizon Wireless, Verizon Avenue and any company, location or group specifically excluded from participation by plan amendment<br><br>Contact the Verizon Benefits Center (at the address above) to determine whether a particular Verizon affiliate is a participating company in the plan and to request that affiliate's address. |
| **Agent for service of legal process** | The plan administrator |
| **Plan year** | January – December |

## The claims administrator and its authority to review claims

The Verizon Employee Benefits Committee (VEBC) has delegated its authority to finally determine claims to the Verizon Claims Review Committee (VCRC). In some cases, the VCRC will delegate the authority to finally determine claims to certain other organizations on behalf of Verizon. Benefits under the life and accident insurance plans are paid only if the VEBC, or its delegate, decides in its discretion that the applicant is entitled to them.

The claims administrators have:

- The authority to make final determinations regarding eligibility and benefit claims under the life and accident insurance plans.
- Discretionary authority to:
  - Interpret the life and accident insurance plans based on provisions and applicable law and make factual determinations about claims arising under the life and accident insurance plans.
  - Determine whether a claimant is eligible for benefits.
  - Decide the amount, form and timing of benefits.
  - Resolve any other matter under the life and accident insurance plans that is raised by a participant or a beneficiary or that is identified by the claims administrator.

In case of an appeal, the claims administrators' decisions are final and binding on all parties to the full extent permitted under applicable law, unless the participant or beneficiary later proves that a claims administrator's decision was an abuse of administrator discretion.

## *Funding and source of contributions*

Here is how the life and accident insurance plans are funded:

| Option | Funding information and source of contributions |
|---|---|
| Basic life, basic accidental death and dismemberment (AD&D) and business travel accident (BTA) | Insured<br>Employer contributions |
| Supplemental employee life, dependent life and supplemental AD&D | Insured<br>Employee contributions |

Verizon pays an insurance company a premium – from company revenues and employee contributions – for providing coverage under the plans. The insurance company processes claims and makes all benefit payments. See the "Administrative information, Additional plan information" section on page 43 for contact information.

# If a claim is denied

Disagreements about benefit eligibility or benefit amounts can arise. If the Verizon Benefits Center is unable to resolve the disagreement, Verizon has formal appeal procedures in place for Employee Retirement Income Security Act of 1974 (ERISA)-covered plans.

This section explains the steps you or your authorized representative is required to take to file an ERISA claim or appeal. The procedure is slightly different, depending on whether you have an "**eligibility**" claim or a "**benefit**" claim.

An **eligibility** claim is a claim to participate in a plan or plan option or to change an election to participate during the year. A **benefit** claim is a claim for a particular benefit under a plan. It typically will include your initial request for benefits.

| | *Eligibility* claims procedure | *Benefit* claims procedure |
|---|---|---|
| **Step 1:** | | |
| **How to file a claim** | To file an **eligibility** claim, request a Claim Initiation Form from the Verizon Benefits Center at 1-877-Ask-VzHR (1-877-275-8947). You (or your authorized representative) must return the form to the Verizon Claims Review Unit at the address on the form.<br><br>You must include:<br>• A description of the benefits for which you are applying.<br>• The reason(s) for the request.<br>• Relevant documentation.<br><br>See the "Life and accident insurance contacts" section on page 2 for contact information. | To file a **benefit** claim, you (or your authorized representative) should write to the claims administrator for the plan.<br><br>You must include:<br>• A description of the benefits for which you are applying.<br>• The reason(s) for the request.<br>• Relevant documentation.<br><br>See the "Life and accident insurance contacts" section on page 2 for contact information. |
| **When you will be notified of the claims decision** | You will be notified of the decision within 90 days of the Claims Review Unit's receipt of your Claim Initiation Form (180 days, when special circumstances apply). | You will be notified of the decision within 90 days of the claims administrator's receipt of your written claim (180 days, when special circumstances apply). |
| **Failure to provide sufficient information** | The Claims Review Unit will notify you of the deadline to submit additional information, if applicable. | The claims administrator will notify you of the deadline to submit additional information, if applicable. |

| | ***Eligibility* claims procedure** | ***Benefit* claims procedure** |
|---|---|---|
| **How you will be notified of the claim decision** | If your claim is **approved**, the Claims Review Unit will notify you in writing.<br><br>If your claim is **denied**, in whole or in part, your written denial notice will contain:<br>• The specific reason(s) for the denial.<br>• The plan provisions on which the denial was based.<br>• Any additional material or information you may need to submit to complete the claim.<br>• The plan's appeal procedures. | If your claim is **approved**, the claims administrator will notify you in writing.<br><br>If your claim is **denied**, in whole or in part, your written denial notice will contain:<br>• The specific reason(s) for the denial.<br>• The plan provisions on which the denial was based.<br>• Any additional material or information you may need to submit to complete the claim.<br>• The plan's appeal procedures. |
| **Step 2:** | | |
| **About appeals and the claims fiduciary** | Before you can bring any action at law or in equity to recover plan benefits, you must exhaust this process. Specifically, you must file an appeal as explained in this Step 2 and the appeal must be finally decided by the Claims Review Committee, the claims fiduciary. As such, the Claims Review Committee is authorized to finally determine eligibility appeals and interpret the terms of the plan in its sole discretion. All decisions by the Claims Review Committee are final and binding on all parties. | Before you can bring any action at law or in equity to recover plan benefits, you must exhaust this process. Specifically, you must file an appeal as explained in this Step 2 and the appeal must be finally decided by the claims administrator. The Claims Review Committee has delegated its authority to finally determine claims to the claims administrator. As such, the claims administrator is the claims fiduciary and is authorized to finally determine benefit appeals and interpret the terms of the plan in its sole discretion. All decisions by the claims administrator are final and binding on all parties. |
| **How to file an appeal** | If your claim is denied and you want to appeal it, you must file your appeal within 60 days from the date you receive written notice of your denied claim. You may request access to all documents relating to your appeal. To file your appeal, write to the address specified on your claim denial notice. You should include:<br>• A copy of your claim denial notice.<br>• The reason(s) for the appeal.<br>• Relevant documentation. | If your claim is denied and you want to appeal it, you must file your appeal within 60 days from the date you receive written notice of your denied claim. You may request access to all documents relating to your appeal. To file your appeal, write to the claims administrator for the plan and include:<br>• A copy of your claim denial notice.<br>• The reason(s) for the appeal.<br>• Relevant documentation. |

| | ***Eligibility*** **claims procedure** | ***Benefit*** **claims procedure** |
|---|---|---|
| **When you will be notified of the appeal decision** | You will be notified of the decision within 60 days of the Claims Review Committee's receipt of your appeal (120 days, when special circumstances apply).<br><br>If your appeal is **approved**, the Claims Review Committee will notify you in writing.<br><br>If your appeal is **denied**, in whole or in part, your written denial notice will contain:<br>• The specific reason(s) for denial.<br>• A statement regarding the documents that you are entitled to.<br>• The plan provisions on which the denial was based. | You will be notified of the decision within 60 days of the claims administrator's receipt of your appeal (120 days, when special circumstances apply).<br><br>If your appeal is **approved**, the claims administrator will notify you in writing.<br><br>If your appeal is **denied**, in whole or in part, your written denial notice will contain:<br>• The specific reason(s) for denial.<br>• A statement regarding the documents that you are entitled to.<br>• The plan provisions on which the denial was based. |
| **Step 3:** | | |
| **How to proceed if necessary** | The decision on your appeal is final. As a result, Verizon will not review your matter again, unless new facts are presented. You have a right to bring a civil action. | The decision on your appeal is final. As a result, the claims administrator will not review your matter again, unless new facts are presented. You have a right to bring a civil action. |

# Your rights under ERISA

As a participant in the plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants are entitled to:

- Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

- Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive it within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court.

If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## *Assistance with your questions*

If you have any questions about your plan, you should contact the plan administrator.

If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or write to:

Division of Technical Assistance and Inquiries
Employee Benefits Security Administration
U.S. Department of Labor
200 Constitution Avenue N.W.
Washington, D.C. 20210

You also may obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

# Verizon's rights

## *Verizon's right of recovery*

If, for some reason, a benefit is paid that is larger than the amount allowed by the life and accident insurance plans, the life and accident insurance plans have a right to recover the excess amount from the person or agency who received or holds this benefit. This excess amount is subject to a constructive trust in favor of the life and accident insurance plans. The person receiving or holding plan benefits must produce any instruments or papers necessary to ensure this right of recovery.

## *Verizon's right to use your social security number for administration of benefits*

Verizon retains the right to use your social security number for benefit administration purposes, including tax reporting. If a state law restricts the use of social security numbers for benefit administration purposes, Verizon generally takes the position that the Employee Retirement Income Security Act of 1974 (ERISA) preempts such state laws.

# Disclaimer

Your eligibility for benefits is determined by The Plan for Group Insurance, including this summary plan description (SPD). The company has full discretionary authority to interpret the terms of the plans summarized in this document and determine your eligibility for benefits under the plans' terms. In some cases, Verizon has delegated this authority.

Although Verizon presently intends to continue the plan outlined in this SPD, it reserves the right to act through its Board of Directors, most senior human resources officer or through a designee of either to amend, modify, suspend or terminate the plan in whole or in part at any time, at its discretion, with or without advance notice to participants, for any reason, subject to applicable law and any duty to bargain collectively.

The company also reserves the right to change the amount of required participant contributions for coverage under the plan at any time, with or without advance notice to participants, subject to any duty to bargain collectively.

Verizon also may transfer the obligations to provide welfare benefit-related assets, if it desires, to another entity in connection with: (1) a transaction in which Verizon transfers all or a portion of a business unit; or (2) an outsourcing arrangement, joint venture or other business transaction.

All terms of the plan are legally enforceable. However, this statement of benefits does not constitute a contract of employment or guarantee of any particular benefit.

As a matter of prudent business planning, Verizon continually is reviewing and evaluating various proposals for changes in its benefit plans and programs. Because of the need for confidentiality, such proposals are not evaluated below high levels of management. Verizon employees below such levels do not know whether Verizon will or will not adopt any future changes and/or new benefit plans and programs. Unless and until Verizon formally announces such changes, no one is authorized to give assurances that such changes will or will not occur.

# Life and accident terms to know

## *Children*

Your eligible children are your or your domestic partner's unmarried children who live in your home, until they marry or reach age 19, whichever is earlier. Newborn children under the age of 14 days are not eligible for coverage.

You or your domestic partner must be the child's:

- Natural parent.
- Adoptive parent.
- Stepparent.
- Legal guardian.

Special rules apply if your child is a full-time student or disabled.

## *Disabled child*

You can cover your physically, mentally or developmentally disabled child if he or she is all of the following:

- Unmarried.
- Living with you.
- Fully dependent on you for support (i.e., incapable of self-support).

The plan administrator or its delegate must determine that the child meets the requirements above before the child will be covered. In addition, you may be asked to provide periodic certification of your child's continuing disability status.

## *Dismemberment*

Dismemberment means:

- Severance of a thumb – actual severance through or above the second joint from the tip of the thumb.
- Severance of an index finger – actual severance through or above the third joint from the tip of the index finger.
- Severance of a hand or foot – through or above the wrist or ankle joint.
- Complete loss of sight that cannot be recovered or corrected.

- Complete and irrevocable loss of speech or hearing that has lasted continuously for 12 consecutive months following a covered injury.

## *Domestic partner*

You and your domestic partner must meet all of the following. You are:

- Each other's sole domestic partner.
- Not married to anyone else; i.e., neither of you is married to anyone else.
- Both at least 18 years old and mentally competent to enter into a marriage contract.
- Not related by blood to the degree of closeness that would prohibit your legal marriage in the state in which you reside.
- Living (and have lived) together in the same principal residence for at least six months and intend to do so indefinitely.
- Jointly responsible for each other's common welfare and financial obligations.

If at any time you do not meet all of the above criteria, you and/or your domestic partner must notify the Verizon Benefits Center of the change in status within 60 days. (See the "Life and accident insurance contacts" section on page 2 for contact information.) If your domestic partner dies before notifying the Verizon Benefits Center of an eligibility change (that made your domestic partner ineligible), no benefit will be paid.

Generally, an opposite-sex relationship does not meet the domestic partnership requirements. However, in specific, limited instances, the company has a legal, contractual obligation to offer domestic partnership benefits to a couple in an opposite-sex relationship, provided the partners are registered with a governmental entity pursuant to state or local law authorizing the registration.

If you and your domestic partner of the same or opposite sex have registered with a governmental entity, such as the state of California, your registered domestic partner (even if the individual is of the opposite sex) will be entitled to coverage, if coverage of domestic partnerships are part of Verizon's contractual arrangement with a particular municipality or state.

Examples include:

- You work in the city of Los Angeles, California or work on a contract between Verizon and the city of Los Angeles. Then, you may cover a registered same- or opposite-sex domestic partner and his or her children, subject to the dependent eligibility requirements described in this summary plan description (SPD).
- You work in the city or county of San Francisco, California, at a location owned by the city or county of San Francisco, or at a location outside of the city or county of San Francisco where work between Verizon and the city or county of San Francisco is taking place (you do not have to be performing work related to the contract, provided you are at a location where such work is being performed). Then, you may cover a registered same- or opposite-sex domestic partner and his or her children, subject to the dependent eligibility requirements described in this SPD.

- You work in the city of Seattle, Washington or at an office located on property outside the city of Seattle that is owned or rightfully occupied by the city of Seattle and where Verizon's presence on such property is connected to a contract with the city of Seattle (you do not have to be performing work related to the contract, provided you are at a location where such work is being performed). Then, you may cover a registered same- or opposite-sex domestic partner and his or her children, subject to the dependent eligibility requirements described in this SPD.

Other examples may exist from time to time. Therefore, you should contact the Verizon Benefits Center to confirm whether or not you meet these specific instances.

## *Full-time students*

In general, your eligible child can be covered under dependent life, supplemental accidental death and dismemberment (AD&D) and/or business travel accident (BTA) insurance until age 19, or as long as he or she satisfies both of these conditions:

- Is a full-time student (according to the school's definition of full time) at an accredited secondary school, college, university or nursing school.

- Remains unmarried and dependent on you for support.

Then, your eligible child can continue to be covered under dependent life and supplemental AD&D insurance until age 25 or for six months after leaving school, whichever is earlier.

For dependent life and dependent child coverage under supplemental AD&D insurance, you must contact the Verizon Benefits Center by December 1 in the final year of your child's eligibility to cancel that child's coverage. Coverage for your child ends on December 31 of this final eligibility year, so if you do not call you will continue to pay for the coverage, but no benefits would be paid.

If you insure more than one child, you must call to cancel coverage when your youngest child no longer is eligible, since the premium rate for a dependent child is the same for one or more children.

Under the BTA plan, a dependent child can be covered only until age 23 and only if he or she is enrolled on a full-time basis in a college, university or trade school.

To continue coverage for a full-time student, you must certify that child's student status each year.

## *Mental health disorder*

A disorder that, in manifestation, cause, symptoms or treatment, is mental in nature. This includes nervous disorders, neuroses, psychoneuroses, psychopathies, psychoses, personality disorders and any other mental or emotional disease or disorder.

## *Paralysis*

The complete loss of use of a limb or limbs, without severance. Paralysis must be determined by a licensed physician to be permanent, complete and irreversible.

## *Pay*

Your pay is defined as annual benefits compensation, which includes:

- Base pay, including any temporary increases.
- Verizon Incentive Plan awards.
- Commissions (based on a rolling 12-month period, beginning July 1).
- Foreign service premiums.
- Shift differential pay.

Annual benefits compensation does not include:

- Discretionary awards.
- Sales draws.
- Bonuses.
- Daily average sales commissions.

If your pay is not a multiple of $1,000, your coverage amount is rounded up to the next $1,000. For example, if your pay is $39,000, your basic employee life and basic accidental death and dismemberment (AD&D) insurance coverage amounts are $39,000. If your pay is $39,300, these amounts are rounded up to $40,000.

## *Spouse*

Your spouse is a person of the opposite sex who is a husband or wife, pursuant to a legal union, under the laws of the state in which you live.

The definition of spouse specified in this document is consistent with the definition under the federal Defense of Marriage Act. The Verizon plan uses this definition, even if state or local laws define spouse differently.