EXHIBIT "E"

Answer Center

Vz Benefits > Vz Benefits Retiree Overview

# Vz Benefits Retiree Overview


- Enrolling for Coverage
- If You Have Other Coverage Available
- Paying for Coverage


Verizon's retiree benefits are designed to protect you financially in case of illness or death. The company offers a variety of plan options and coverage levels so you can choose the coverage that's right for you.

## Enrolling for Coverage

You receive some coverage automatically once you become eligible and/or initiate retirement. For other coverage, you need to enroll. If you don't enroll, you'll be assigned your current coverage, if it's available. If your current coverage isn't available, you'll be assigned your sponsored plan.

When you retire from Verizon, you can enroll for benefits for the rest of the current plan year (January 1 to December 31).

If you're a current retiree and want to change your coverage, Anytime Enrollment will be available to retirees who participate in the retiree medical plan. This means that you can change your elections at any time, as many times as necessary, for any reason.

If you have a change in status, you can make midyear changes to your coverage that are consistent with your status change.

## If You Have Other Coverage Available

You may be eligible for coverage under more than one medical or dental plan--for example, your spouse may be able to cover you under his or her employer's plans. In this case, you can waive coverage under the Verizon plans.

Having coverage under more than one medical or dental plan doesn't necessarily mean you get more benefits. Most plans coordinate benefits, which means your total benefit is limited to what you would receive under the plan with the highest coverage level.

Be sure to review the benefits offered by both plans carefully before making your enrollment choices.

## Paying for Coverage

You might pay for a portion or the entire cost of your retiree medical, dental, and retiree life insurance coverage. You pay the entire cost of your retiree supplemental life insurance coverage, [illegible] domestic partner life insurance coverage, and child life insurance coverage.

Spe[illegible] Rules for Retiree Subsidies

Gener[illegible] you won't be eligible for company-subsidized retiree welfare benefits if either of the followi[illegible] [illegible]ly to you:

- You [illegible] on or after 01-01-2005 into a position with management benefits.
- You [illegible]red on or after 01-01-2005 into a position with [illegible] company and are subsequently rehired on or after 01-01-2005 into a position [illegible]nt benefits.

However, [illegible] follo[illegible] groups of rehired employees may be eligible for a subsidy depending on years of s[illegible] as de[illegible]ed in your current summary plan description:

- If you [illegible]ment-eligib[illegible] when you leave Verizon and are rehired on or after 01-01-2005, you m[illegible]gible for a company subsidy toward your retiree welfare coverage based on your [illegible]ce, but not on your service after the date of your rehire.
- If you [illegible]loyee of the former GTE with Change in Control (CIC) protection and you leave [illegible] are later rehired: