EXHIBIT "F"

Answer Center

Vz Benefits > Life and AD&D Insurance Overview > Retiree Supplemental Life Insurance

# Retiree Supplemental Life Insurance


- How the Plan Works
- Cost of Coverage
- Your Coverage Options
- Coverage Restrictions
- Assignment of Benefits
- Accelerated Death Benefit


## How the Plan Works

The Retiree Supplemental Life Insurance Plan pays benefits to your beneficiary if you die while covered by the plan. Your beneficiary will need to file a claim to receive benefits.

Certain exclusions may apply.

## Cost of Coverage

X You'll be billed for the full cost of this coverage unless you choose to have deductions taken from your pension check or to have your bank account directly debited for the cost of coverage.

## Your Coverage Options

If you had Employee Supplemental Life Insurance as an active employee, you may continue your benefits when you retire.

**Note:** You can never increase your coverage amount from the level you had when you retired. You may decrease your coverage amount at any time to one of these levels:

- No Coverage
- One times your benefits pay in effect when you retire
- 2 times your benefits pay in effect when you retire
- 3 times your benefits pay in effect when you retire

## Coverage Restrictions

At retirement, the coverage level you had as an active employee will continue unless your active coverage was greater than 3 times your benefits pay. If your active coverage was greater than 3 times your benefits pay, your coverage will be reduced to 3 times your benefits pay in effect when you retire.

The maximum coverage amount is $10 million.

## Assignment of Benefits

You can make an absolute assignment of your life insurance benefits. When you do, you give the named person or entity (such as a trust) the authority to make all decisions relating to your life insurance benefits.

## Accelerated Death Benefit

If you have a life expectancy of 12 months or less, you can request an accelerated benefit from the Retiree Supplemental Life Insurance Plan.

- You'll receive up to 80% of your Basic and Supplemental life insurance coverage benefit, up to a maximum of $500,000 each.
- Once you receive the accelerated benefit, your total benefit is reduced by the amount you receive.

Payment is made directly to you.

When you die, your beneficiary will receive the remaining balance of the life insurance benefit.

For more information or application forms, contact MetLife. See the Contact Us section for the telephone number.

Top

**Disclaimer**

Hewitt Associates does not give any warranty or other assurance as to the operation, quality or functionality of the site. Access to the site may be interrupted, restricted or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness, timelessness or fitness for any particular purpose.

Copyright © 2005-2007 Hewitt Management Company LLC