157497

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

METROPOLITAN LIFE INSURANCE COMPANY,

CASE NO.: 07-427 ML

Plaintiff,

vs.

PAUL M. DRAINVILLE, JR.,
STEPHANIE M. DRAINVILLE and
LAURA DRAINVILLE,

Defendants.

_______________________________________/

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, Laura Drainville, hereby moves that Hans Kennon be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Laura Drainville
Defendant

By:____________________
Hans Kennon, Esquire
Florida Bar No. 0059323
Morgan & Morgan, P.A.
20 N. Orange Avenue, 10th Floor
Post Office Box 4979
Orlando, Florida 32802-4979

Dated: 12/28/2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Florida and of the following Federal District Court and/or Court of Appeals Bar(s): Middle District of Florida, 11th Circuit Court of Appeals, and the US Supreme Court, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligations to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant
Florida Bar No. 0059323
Morgan & Morgan, P.A.
20 N. Orange Avenue, 10th Floor
Post Office Box 4979
Orlando, Florida 32802-4979
Telephone: (407) 420-6686
Facsimile: (407) 423-7928

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

John D. Lynch, Jr. 5348
Print Name RI Bar ID#

Lynch & Friel
Firm and Business Address

600 Toll Gate Rd.
Warwick, RI 02886

Tel.#(401) 739-8500 ext. 229
Fax#(401) 738-0649

**ORDER**

This motion is hereby ______________________________________.

______________________________
District Judge

Date: