**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>*Plaintiff*<br><br>v.<br><br>PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE<br>*Defendants* | ) | C.A. No. 07-427 ML |
| PAUL M. DRAINVILLE, JR. and STEPHANIE M. DRAINVILLE<br>*Cross-Claim Plaintiffs*<br>v.<br><br>LAURA DRAINVILLE<br>*Cross-Claim Defendant* | ) | |
| PAUL M. DRAINVILLE, JR. and STEPHANIE M. DRAINVILLE<br>*Third-Party Plaintiffs*<br>v.<br><br>THE ESTATE OF PAUL M. DRAINVILLE, SR., by and through its EXECUTRIX, LAURA DRAINVILLE<br>*Third-Party Defendant* | ) | |

**MOTION TO EXTEND TIME**

Defendants, Paul M. Drainville, Jr. and Stephanie M. Drainville, pursuant to Fed. R. Civ. 6(b)(1), hereby move this Honorable Court to enlarge the time within which they may respond to MetLife's Motion to Strike Jury Demand until ten (10) days after the conclusion of the court-ordered mediation to be scheduled with Magistrate Judge Lovegreen.

In addition, as this Court is aware based on the in-chambers conference held on February 19, 2008, the parties have circulated and are discussing a proposed Consent Order which, when entered, would render MetLife's pending motion moot.

Pursuant to Local Rule 7(a), a separate memorandum need not be submitted herewith.

/s/ Paul M. Sanford
Paul M. Sanford, No. 2997
Lynne M. Radiches, No. 5777
BURNS & LEVINSON LLP
Attorneys for Defendants Paul M. Drainville and Stephanie M. Drainville
One Citizens Plaza – Suite 1100
Providence, RI 02903
(401) 831-8330
(401) 831-8359 FAX
psanford@burnslev.com
lradiches@burnslev.com

**CERTIFICATION**

I hereby certify that I electronically filed the within motion on February 20, 2008. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above listed counsel of record has been effectuated by electronic means.

Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

John D. Lynch, Jr., Esq.
LYNCH & FRIEL
600 Toll Gate Road
Warwick, RI 02886

/s/ Paul M. Sanford

J:\Docs\41105\00000\01219458.DOC