**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>*Plaintiff* | : | |
| *v.* | : | C.A. No. 07-427 ML |
| PAUL M. DRAINVILLE, JR.,<br>STEPHANIE M. DRAINVILLE,<br>and LAURA DRAINVILLE<br>*Defendants* | : | |

**ANSWER OF PAUL M. DRAINVILLE, JR. AND STEPHANIE M. DRAINVILLE TO CROSS-CLAIMS OF LAURA DRAINVILLE**

Paul M. Drainville, Jr. and Stephanie M. Drainville hereby respond to Laura Drainville's Cross-Claims as follows:

**CROSS-CLAIM AGAINST PAUL M. DRAINVILLE, JR.**

33. Admitted.

34. Admitted.

35. Paul denies the allegations set forth in Paragraph 35 for lack of knowledge or information sufficient to form a belief as to the truth thereof, and therefore leaves Laura to her proof.

36. Paul denies the allegations set forth in Paragraph 36 for lack of knowledge or information sufficient to form a belief as to the truth thereof, and therefore leaves Laura to her proof.

37. Paul is informed, believes, and therefore admits the allegations set forth in Paragraph 37.

38. Paul admits that Decedent obtained his life insurance from the Verizon Group Life Insurance Plan. Paul denies the remaining allegations set forth in Paragraph 38 for lack of

knowledge or information sufficient to form a belief as to the truth thereof, and therefore leaves Laura to her proof.

39. Admitted.

40. Admitted.

41. Paul denies the allegations set forth in Paragraph 41 for lack of knowledge or information sufficient to form a belief as to the truth thereof.

42. Paul denies the allegations set forth in Paragraph 42 for lack of knowledge or information sufficient to form a belief as to the truth thereof.

43. Paul denies the allegations set forth in Paragraph 43 for lack of knowledge or information sufficient to form a belief as to the truth thereof.

44. Admitted, but Paul refers to the terms of the Family Court Decree for greater accuracy.

45. Paul denies the allegations set forth in Paragraph 45 and refers to the Family Court Decree, which speaks for itself.

46. Paul denies the allegations set forth in Paragraph 46 for lack of knowledge or information sufficient to form a belief as to the truth thereof, and therefore leaves Laura to her proof.

47. Denied.

48. Denied.

49. Paul denies the allegations set forth in Paragraph 49 for lack of knowledge or information sufficient to form a belief as to the truth thereof.

50. Paul denies the allegations set forth in Paragraph 50 for lack of knowledge or information sufficient to form a belief as to the truth thereof, and therefore leaves Laura to her

proof.

51. Denied.

52. Denied.

53. Denied.

WHEREFORE, Cross-Claim Defendant Paul M. Drainville, Jr. prays that Laura Drainville's Cross-Claim be denied and dismissed, and that such other and further relief be granted as this Court deems just and proper.

**CROSS-CLAIM AGAINST STEPHANIE M. DRAINVILLE ("STEPHANIE")**

54. Admitted.

55. Admitted.

56. Stephanie denies the allegations set forth in Paragraph 56 for lack of knowledge or information sufficient to form a belief as to the truth thereof, and therefore leaves Laura to her proof.

57. Stephanie denies the allegations set forth in Paragraph 57 for lack of knowledge or information sufficient to form a belief as to the truth thereof, and therefore leaves Laura to her proof.

58. Stephanie is informed, believes, and therefore admits the allegations set forth in Paragraph 58.

59. Stephanie admits that Decedent obtained his life insurance from the Verizon Group Life Insurance Plan. Stephanie denies the remaining allegations set forth in Paragraph 59 for lack of knowledge or information sufficient to form a belief as to the truth thereof and therefore leaves Laura to her proof.

60. Admitted.

61. Admitted.

62. Stephanie denies the allegations set forth in Paragraph 62 for lack of knowledge or information sufficient to form a belief as to the truth thereof.

63. Stephanie denies the allegations set forth in Paragraph 63 for lack of knowledge or information sufficient to form a belief as to the truth thereof.

64. Stephanie denies the allegations set forth in Paragraph 64 for lack of knowledge or information sufficient to form a belief as to the truth thereof.

65. Admitted, but Stephanie refers to the terms of the Family Court Decree for greater accuracy.

66. Stephanie denies the allegations set forth in Paragraph 66 and refers to the Family Court Decree, which speaks for itself.

67. Stephanie denies the allegations set forth in Paragraph 67 for lack of knowledge or information sufficient to form a belief as to the truth thereof, and therefore leaves Laura to her proof.

68 Denied.

69. Denied.

70. Stephanie denies the allegations set forth in Paragraph 70 for lack of knowledge or information sufficient to form a belief as to the truth thereof.

71. Stephanie denies the allegations set forth in Paragraph 71 for lack of knowledge or information sufficient to form a belief as to the truth thereof, and therefore leaves Laura to her proof.

72. Denied.

73. Denied.

74. Denied.

WHEREFORE, Cross-Claim Defendant Stephanie M. Drainville prays that Laura Drainville's Cross-Claim be denied and dismissed, and that such other and further relief be granted as this Court deems just and proper.

**Cross-Claim Defendants hereby demand a trial by jury on all counts so triable.**

/s/ Lynne M. Radiches

Paul M. Sanford (RI Bar # 2997)
Lynne M. Radiches (RI Bar # 5777)
Attorneys for Paul M. Drainville, Jr.
and Stephanie M. Drainville
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-8330 Telephone
(401) 831-8359 Facsimile

Dated: March 6, 2008

**CERTIFICATE OF SERVICE**

To:

Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

I hereby certify that I electronically filed the within on March 6, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above listed counsel has been effectuated by electronic means.

/s/ Lynne M. Radiches

I hereby certify that on March 6, 2008, I did cause a true copy of the within to be sent by regular mail, postage pre-paid, to:

John D. Lynch, Jr., Esq.
Lynch, Bernard & Lynch
600 Toll Gate Road
Warwick, RI 02886

/s/ Lynne M. Radiches