157497

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

METROPOLITAN LIFE INSURANCE COMPANY,

CASE NO.: 07-427 ML

Plaintiff,

vs.

PAUL M. DRAINVILLE, JR.,
STEPHANIE M. DRAINVILLE and
LAURA DRAINVILLE,

Defendants.
_______________________________________/

**MOTION TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE**

Defendant, Laura Drainville, files this motion and asks this Court to enter an order allowing Defendant, Laura Drainville, to appear by telephone at the settlement conference scheduled for April 15, 2008, at 9:30 am, and as grounds states:

1. Defendant, Laura Drainville, is a resident of the State of Florida.

2. Defendant, Laura Drainville, does not have a residence in the State of Rhode Island.

3. Florida Counsel for Defendant, Laura Drainville, Hans Kennon, lives and works in Orlando, Florida.

4. Defendant, Laura Drainville, has retained John D. Lynch, Jr., as local counsel in Rhode Island. Mr. Lynch will be attending the Settlement Conference on behalf of the Defendant, Laura Drainville.

5. It is 1,260 miles to travel between Orlando, Florida and Providence, Rhode Island. Requiring Defendant, Laura Drainville, to appear at the settlement conference constitutes an inordinate cost and travel burden on her.

6. Plaintiff, Metropolitan Life Insurance Company, chose to file this Interpleader action in the District Court of Rhode Island where the additional Defendants reside and places a

great burden on the Defendant, Laura Drainville. Defendant, Laura Drainville, had no choice in the venue selection by Metropolitan Life Insurance Company and requested a Florida venue but her request was refused by Metropolitan Life Insurance Company.

7. The Notice of Settlement Conference in this case states that court approval to attend without a party being present must be sought within ten (10) days of the notice which is dated March 12, 2008.

WHEREFORE, Defendant, Laura Drainville, asks this Court to enter an order permitting her to appear by telephone at the settlement conference in this matter.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice has been served by first-class mail, postage prepaid, to: Timothy M. Bliss, Esquire, VETTER & WHITE, 20 Washington Place, Providence, RI 02903; Brooks R. Magratten, Esquire, VETTER & WHITE, 20 Washington Place, Providence, RI 02903; Lynne M. Radiches, Esquire, BURNS & LEVINSON LLP, One Citizens Plaza-Suite 1100, Providence, RI 02903; Paul M. Sanford, Esquire, BURNS & LEVINSON LLP, One Citizens Plaza - Suite 1100, Providence, RI 02903 on this the 19 day of March, 2008.

John D. Lynch, Jr., Esquire
RI State Bar No: 5348
Lynch, Bernard & Lynch
600 Tollgate Rd.
Warwick, RI 02886
Telephone: (401) 739-8500
Facsimile: (401) 738-0649
Attorney for Defendant, Laura Drainville

By other means to: Hans Kennon, Esq.