UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | ) | |
| Plaintiffs | ) | C.A. No. 07-427ML |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE | ) | |
| Defendants | ) | |

**MOTION BY PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY FOR ENTRY OF PROPOSED CONSENT ORDER**

Plaintiff Metropolitan Life Insurance Company ("MetLife") moves for entry of the consent order attached hereto as Exhibit A.

In support of this motion, MetLife submits a supporting memorandum of law.

/s/ Brooks R. Magratten
Brooks R. Magratten, No. 3585
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Metropolitan Life Insurance Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: March 28, 2008

CERTFICATE OF SERVICE

To:

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

Hans Kennon, Esq.
Morgan & Morgan, P.A.
20 N. Orange Avenue, 10th Floor
Post Office Box 4979
Orlando, FL 32802-4979

John D. Lynch, Jr. No. 5348
Lynch, Bernard & Lynch
600 Tollgate Road
Warwick, RI 02886-2717

I hereby certify that I electronically filed the within motion on March 28, 2008. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above listed counsel of record has been effectuated by electronic means.

/s/ Brooks R. Magratten

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>Plaintiffs<br><br>v.<br><br>PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-427ML |

**PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ENTRY OF PROPOSED CONSENT ORDER**

Pursuant to the Court's directive at the February 19, 2008 settlement conference, the parties have reached agreement on the terms of the settlement regarding Metropolitan Life Insurance Company's deposit of funds, have memorialized those terms in the consent order submitted in connection herewith and now respectfully request that the Court enter the consent order.

/s/ Brooks R. Magratten
Brooks R. Magratten, No. 3585
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Metropolitan Life Insurance Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: March 28, 2008

## CERTFICATE OF SERVICE

To:

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

Hans Kennon, Esq.
Morgan & Morgan, P.A.
20 N. Orange Avenue, 10th Floor
Post Office Box 4979
Orlando, FL 32802-4979

John D. Lynch, Jr. No. 5348
Lynch, Bernard & Lynch
600 Tollgate Road
Warwick, RI 02886-2717

I hereby certify that I electronically filed the within memorandum on March 28, 2008. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above listed counsel of record has been effectuated by electronic means.

/s/ Brooks R. Magratten