# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>Plaintiff<br><br>v.<br><br>PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE<br>Defendants | ) | C.A. No. 07-427ML |

**CONSENT ORDER**

The parties having appeared for a Rule 16 scheduling conference on the 19th day of February, 2008, by their agreement it is hereby ORDERED:

1. Plaintiff Metropolitan Life Insurance Company ("MetLife") shall within 14 days of the entry of this Order deposit the sum of $174,000.00 only (the "Plan Benefit") into the Registry of the Court. The Clerk of the Court shall deduct a fee equal to 10% of any interest subsequently earned.

2. All defendants shall, within 10 days after the deposit of the Plan Benefit into the Registry of the Court, dismiss with prejudice all claims against MetLife filed in this action, the action styled "Paul M. Drainville, Jr. and Stephanie M. Drainville v. Metropolitan Life Insurance Company, et al.," C.A. No. 07-5770, pending in the Providence County, Rhode Island Superior Court and the action styled "Laura Drainville, as beneficiary of Paul Drainville v. Metropolitan Life Insurance Company," C.A. No. 6:07-cv-1727-Orl-18-KRS, commenced in the United States District Court for the Middle District of Florida, Orlando Division, and subsequently transferred to this Court, currently captioned Laura Drainville v. Metrolpolitan Life Ins. Co., C.A. 08-0056/ML. All parties to bear their own costs and attorney's fees. Immediately upon deposit of

the Plan Benefit into the Registry of the Court, all defendants shall hereafter be preliminarily and permanently enjoined from commencing or prosecuting any action against MetLife, Verizon Communications, Inc. ("Verizon") and the Verizon Plan for Group Insurance (the "Plan") concerning the Plan Benefit interpleaded in this action or otherwise concerning the death of Paul M. Drainville, Sr.

3. Defendants waive payment of interest accrued on the Plan Benefit up to the date the Plan Benefit is deposited into the Registry of the Court. In exchange MetLife agrees not to seek reimbursement of fees or costs.

4. Upon the deposit of the Plan Benefit into the Registry of the Court, MetLife, Verizon and the Plan and their respective officers, directors, fiduciaries, employees, agents, successors, assigns, affiliated and related entities (as the case may be) shall be:

i. discharged and excused from further participation in this matter;

ii. forever discharged and released from any further liability concerning the Plan Benefit interpleaded in this action or otherwise concerning the death of Paul M. Drainville, Sr.

5. MetLife's pending motions: 1) for leave to deposit funds into the Registry of the Court; 2) to enjoin prosecution of collateral proceedings; 3) to dismiss defendants' counterclaim; and 4) to strike defendants' jury demand; are all denied without prejudice as moot.

6. Notwithstanding the terms of this consent order, defendants retain all claims they may otherwise have to seek reimbursement of their reasonable attorneys' fees, costs and expenses as between themselves, including but not limited to fees which are reasonably necessary to the enforcement of the terms of the Rhode Island Family Court Agreement pursuant to paragraph 7.7 of that agreement.

7. In connection with this consent order, MetLife has represented it has not issued any individual life insurance policies to Paul M. Drainville, Sr. In addition, counsel for MetLife has been authorized by Verizon and the Plan to warrant that they are not aware of any other life insurance policies issued to Paul M. Drainville, Sr., other than the two group policies under which the Plan Benefit is owed.

8. By signing this consent order all counsel represent that they have been authorized by their respective clients to bind their clients to the terms of this order.

SO ORDERED:

______________________________

ENTER:

______________________________

Lisi, J.

Date:

As agreed by the parties:

/s/ Paul Sanford
Paul Sanford, Esq. #2997
Lynn Radiches, Esq. #5777
Burns & Levinson, LLP
Attorneys for Paul M. Drainville
And Stephanie M. Drainville
One Citizens Plaza, Ste. 1100
Providence, RI 02903
401-831-8330
401-831-8359 [fax]

/s/ Brooks Magratten
Brooks R. Magratten, Esq. #3585
Timothy M. Bliss, Esq. #6228
Vetter & White
Attorneys for the Metropolitan Life
Insurance Company
20 Washington Place
Providence, RI 02903
401-421-3060
401-272-6803 [fax]

/s/ John Lynch

John Lynch, Esq. #5348
Lynch & Friel
Attorneys for Laura Drainville
600 Toll Gate Road
Warwick, RI 02886
401-739-8500
401-738-8649 [fax]