UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff | ) | C.A. No. 07-427ML |
| v. | ) | |
| PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE, Defendants | ) | |

**DISMISSAL STIPULATION**

By agreement of all parties all claims asserted against the Metropolitan Life Insurance Company are dismissed with prejudice, no costs or fees awarded.

/s/ Brooks Magratten
Brooks R. Magratten, No. 3585
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

/s/ Paul Sanford
Paul M. Sanford, No. 2997
Lynne M. Radiches, No. 5777
BURNS & LEVINSON LLP
Attorneys for Defendants Paul M. Drainville, Jr. and Stephanie M. Drainville
One Citizens Plaza – Suite 1100
Providence, Rhode Island 02903
(401) 831-8330
(401) 831-8359 FAX
psanford@burnslev.com
lradiches@burnslev.com

/s/ Hans Kennon
Hans Kennon, pro hac vice
Attorney for Laura Drainville
Morgan & Morgan
20 N. Orange Avenue, Suite 1600
P.O. Box 4979
Orlando, FL 32802-4979

/s/ John D. Lynch, Jr.
John D. Lynch, No. 5348
Lynch & Friel
Attorneys for Laura Drainville
600 Tollgate Road
Warwick, RI 02886
(401) 739-8500
(401) 738-0649 FAX

Dated: April 8, 2008

CERTFICATE OF SERVICE

To:

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza – Suite 1100
Providence, RI 02903

Hans Kennon, Esq.
Morgan & Morgan, P.A.
20 North Orange Avenue – 10th Floor
P.O. Box 4979
Orlando, FL 32802-4979

John D. Lynch, Jr., Esq.
Lynch & Friel
600 Toll Gate Road
Warwick, RI 02886

I hereby certify that I electronically filed the within Dismissal Stipulation on April 8, 2008. The Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above listed counsel of record has been effectuated by electronic means.

/s/ Brooks R. Magratten