**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>*Plaintiff*<br><br>*v.*<br><br>PAUL M. DRAINVILLE, JR.,<br>STEPHANIE M. DRAINVILLE<br>and LAURA DRAINVILLE<br>*Defendants* | ) | C.A. No. 07-427 ML |
| PAUL M. DRAINVILLE, JR.<br>and STEPHANIE M. DRAINVILLE<br>*Cross-Claim Plaintiffs*<br>*v.*<br><br>LAURA DRAINVILLE<br>*Cross-Claim Defendant* | ) | |
| PAUL M. DRAINVILLE, JR.<br>and STEPHANIE M. DRAINVILLE<br>*Third-Party Plaintiffs*<br>*v.*<br><br>THE ESTATE OF PAUL M. DRAINVILLE, SR., by and through its EXECUTRIX, LAURA DRAINVILLE<br>*Third-Party Defendant* | ) | |

**MOTION TO EXTEND TIME**

Defendants, Paul M. Drainville, Jr. and Stephanie M. Drainville, pursuant to Fed. R. Civ. 6(b)(1), hereby move this Honorable Court to enlarge the time within which they may respond to Laura Drainville's Motion to Dismiss Cross-Claim until thirty five (35) days after the conclusion of the court-ordered mediation scheduled with Magistrate Judge Lovegreen.

As the Court essentially indicated during an in-chambers conference held on February 19, 2008, the parties were to focus on the mediation so as not to incur excessive attorneys' fees given the modest amount of life insurance benefit at issue. As of April 29, 2008, Laura Drainville has unilaterally concluded the mediation by indicating, through counsel, her intent not to participate in any further mediation. Accordingly, movants will now require additional time to amend their pleadings and to coordinate their remedies with the pending state court action in order to prepare a response to the Motion to Dismiss.

Pursuant to Local Rule 7(a), a separate memorandum need not be submitted herewith.

/s/ Paul M. Sanford
Paul M. Sanford, No. 2997
Lynne M. Radiches, No. 5777
BURNS & LEVINSON LLP
Attorneys for Defendants Paul M.
Drainville and Stephanie M. Drainville
One Citizens Plaza – Suite 1100
Providence, RI 02903
(401) 831-8330
(401) 831-8359 FAX
psanford@burnslev.com
lradiches@burnslev.com

## CERTIFICATION

I hereby certify that I electronically filed the within motion on April 29, 2008. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above listed counsel of record has been effectuated by electronic means.

Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

John D. Lynch, Jr., Esq.
LYNCH & FRIEL
600 Toll Gate Road
Warwick, RI 02886

/s/ Paul M. Sanford

J:\Docs\41105\00000\01240812.DOC