**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>*Plaintiff*<br><br>*v.*<br><br>PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE<br>*Defendants* | ) | C.A. No. 07-427 ML |
| PAUL M. DRAINVILLE, JR. and STEPHANIE M. DRAINVILLE<br>*Cross-Claim Plaintiffs*<br>*v.*<br><br>LAURA DRAINVILLE<br>*Cross-Claim Defendant* | ) | |
| PAUL M. DRAINVILLE, JR. and STEPHANIE M. DRAINVILLE<br>*Third-Party Plaintiffs*<br>*v.*<br><br>THE ESTATE OF PAUL M. DRAINVILLE, SR., by and through its EXECUTRIX, LAURA DRAINVILLE<br>*Third-Party Defendant* | ) | |

**MOTION FOR LEAVE TO FILE FIRST AMENDED CROSS-CLAIM AGAINST LAURA DRAINVILLE**

Pursuant to Fed. R. Civ. P. 15, Paul Drainville and Stephanie Drainville hereby move this Honorable Court for leave to file a First Amended Cross-Claim Against Laura Drainville in the form attached hereto as Exhibit A. Leave should be freely given, since justice so requires, because the amended cross-claims arise out of the transaction or occurrence that is the subject

matter of the original action and the claims relate to property that is the subject matter of the original action within the meaning of Fed. R. Civ. P. 13(g).

In support hereof, movants rely on the accompanying memorandum of law.

PAUL M. DRAINVILLE, JR. and
STEPHANIE M. DRAINVILLE

By their Attorneys,

/s/ Lynne M. Radiches

Paul M. Sanford, #2997
Lynne M. Radiches, #5777
BURNS & LEVINSON LLP
One Citizens Plaza, Suite1100
Providence, RI 02903
Tel: 401-831-8330
Fax: 401-831-8359

## CERTIFICATE OF SERVICE

John D. Lynch, Jr., Esq.
Lynch, Bernard & Lynch
600 Toll Gate Road
Warwick, RI 02886

Hans Kennon, Esq
Morgan & Morgan
20 N. Orange Avenue, Suite 1600
P.O. Box 4979
Orlando, FL 32802-4979

I hereby certify that I electronically filed the within on June 3, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above listed counsel has been effectuated by electronic means.

/s/ Lynne M. Radiches

J:\Docs\41105\00000\01249998.DOC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>*Plaintiff*<br>*v.*<br><br>PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE<br>*Defendants* | ) | C.A. No. 07-427 ML |
| PAUL M. DRAINVILLE, JR. and STEPHANIE M. DRAINVILLE<br>*Cross-Claim Plaintiffs*<br>*v.*<br><br>LAURA DRAINVILLE<br>*Cross-Claim Defendant* | ) | |
| PAUL M. DRAINVILLE, JR. and STEPHANIE M. DRAINVILLE<br>*Third-Party Plaintiffs*<br>*v.*<br><br>THE ESTATE OF PAUL M. DRAINVILLE, SR., by and through its EXECUTRIX, LAURA DRAINVILLE<br>*Third-Party Defendant* | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED CROSS-CLAIM AGAINST LAURA DRAINVILLE**

Cross-Claim Plaintiffs, Paul M. Drainville, Jr. ("Paul") and Stephanie M. Drainville ("Stephanie"), submit this Memorandum in support of their Motion for Leave to File First Amended Cross-Claim in the above-captioned action pursuant to Fed. R. Civ. P. 15.

Pursuant to Fed. R. Civ. P. 15, a party may amend its pleading with the court's leave. The court should freely grant leave when, as in this case, justice so requires. See Fed. R. Civ. P.

15(a)(2). Generally, motions to amend pleadings to conform to evidence should be granted so long as the opposing party has not been prejudiced in presenting his case. See, e.g., Commonwealth Land Title Ins. Co. v. IDC Properties, Inc., 524 F.Supp. 2d 155, 165 (D.R.I. 2007) (citing Brandon v. Holt, 469 U.S. 464, 471 n. 19, 105 S. Ct. 873, 83 L. Ed. 2d 878 (1985) (internal quotes omitted)). In the instant action, Cross-Claim Defendant Laura Drainville would not be prejudiced by the proposed amendment of the Cross-Claim.

The original Cross-Claim states a claim against Laura Drainville arising out of the same transaction or occurrence that is the subject matter of this action, that is, the enforcement of a Family Court Property Settlement Agreement and entitlement to life insurance proceeds. The additional counts for Unjust Enrichment, Tortious Interference, and Declaratory Judgment that Paul and Stephanie now seek to add to their Cross-Claim likewise relate to the same Property Settlement Agreement and life insurance proceeds. The amendment of the Cross-Claim is necessary for purposes of identifying additional facts in support of both the original and new claims, and seeks the additional remedies of a Constructive Trust, Pre-Judgment Writ of Attachment, and Declaratory Judgment.

For the foregoing reasons, Cross-Claim Plaintiffs respectfully request that they be allowed to amend their Cross-Claim in the form accompanying their motion and this Memorandum.

PAUL M. DRAINVILLE, JR. and
STEPHANIE M. DRAINVILLE

By their Attorneys,

/s/ Lynne M. Radiches

Paul M. Sanford, #2997
Lynne M. Radiches, #5777
BURNS & LEVINSON LLP
One Citizens Plaza, Suite1100
Providence, RI 02903
Tel: 401-831-8330
Fax: 401-831-8359

## CERTIFICATE OF SERVICE

Hans Kennon, Esq.
Morgan & Morgan
20 N. Orange Avenue, Suite 1600
P.O. Box 4979
Orlando, FL 32802-4979

John D. Lynch, Jr., Esq.
Lynch, Bernard & Lynch
600 Toll Gate Road
Warwick, RI 02886

I hereby certify that I electronically filed the within on June 3, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above listed counsel has been effectuated by electronic means.

/s/ Lynne M. Radiches

01250105.DOC