**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>*Plaintiff*<br><br>*v.*<br><br>PAUL M. DRAINVILLE, JR., STEPHANIE M. DRAINVILLE and LAURA DRAINVILLE<br>*Defendants* | ) | C.A. No. 07-427 ML |
| PAUL M. DRAINVILLE, JR. and STEPHANIE M. DRAINVILLE<br>*Cross-Claim Plaintiffs*<br>*v.*<br><br>LAURA DRAINVILLE<br>*Cross-Claim Defendant* | ) | |
| PAUL M. DRAINVILLE, JR. and STEPHANIE M. DRAINVILLE<br>*Third-Party Plaintiffs*<br>*v.*<br><br>THE ESTATE OF PAUL M. DRAINVILLE, SR., by and through its EXECUTRIX, LAURA DRAINVILLE<br>*Third-Party Defendant* | ) | |

**MOTION TO EXTEND TIME**

Defendants, Paul M. Drainville, Jr. and Stephanie M. Drainville, pursuant to Fed. R. Civ. 6(b)(1), hereby move this Honorable Court to enlarge the time within which they may respond to Laura Drainville's Motion to Dismiss the First Amended Cross-Claim up to and including August 1, 2008. This represents a mere 15 day extension of time to finalize research and to draft a memorandum of law addressing the legal issues raised in the Motion to Dismiss.

Pursuant to Local Rule 7(a), a separate memorandum need not be submitted herewith.

/s/ Paul M. Sanford
Paul M. Sanford, No. 2997
Lynne M. Radiches, No. 5777
BURNS & LEVINSON LLP
Attorneys for Defendants Paul M. Drainville and Stephanie M. Drainville
One Citizens Plaza – Suite 1100
Providence, RI 02903
(401) 831-8330
(401) 831-8359 FAX
psanford@burnslev.com
lradiches@burnslev.com

**CERTIFICATION**

I hereby certify that I electronically filed the within motion on July 14, 2008. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above listed counsel of record has been effectuated by electronic means.

Hans Kennon, Esq.
Morgan & Morgan
20 N. Orange Avenue, Suite 1600
P.O. Box 4979
Orlando, FL 32802-4979

John D. Lynch, Jr., Esq.
LYNCH & FRIEL
600 Toll Gate Road
Warwick, RI 02886

/s/ Paul M. Sanford

01263022.DOC