UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


METROPOLITAN LIFE INSURANCE
COMPANY
                    Plaintiff
            v.                                                          CA 07-427 ML

PAUL M. DRAINVILLE, JR.,
STEPHANIE M. DRAINVILLE,
and LAURA DRAINVILLE,
                    Defendants
_____


PAUL M. DRAINVILLE, JR.,
STEPHANIE M. DRAINVILLE,
            Cross-Claim Plaintiffs
            v.

LAURA DRAINVILLE
            Cross-Claim Defendants
_____


PAUL M. DRAINVILLE, JR.,
and STEPHANIE M. DRAINVILLE,
            Third Party Plaintiffs
            v.

THE ESTATE OF PAUL M. DRAINVILLE,
SR., by and through its EXECUTRIX,
LAURA DRAINVILLE
            Third Party Defendant

## MEMORANDUM AND ORDER


This matter is before the Court on a Report and Recommendation issued by

Magistrate Judge Martin on March 31, 2009 and a Motion to Dismiss filed by Cross-

Claimant Laura Drainville on April 27, 2009 (Docket #51).  For the reasons set forth

below, the Court adopts the Report and Recommendation in its entirety and DENIES

Cross-Claimant's Motion to Dismiss.

No objection has been filed to the Report and Recommendation.  The Court, therefore, adopts the recommended disposition and hereby DENIES the Motion to Dismiss (Docket #46) with one exception: Counts II and III of the cross-claim are dismissed and Cross-Claim Plaintiffs may amend those claims in accordance with the Report and Recommendation.  Any such amendment shall be filed within 10 days of the date of this Order.

Cross-Claim Defendant's Motion to Dismiss (Docket #51) is hereby dismissed on the Court's Motion.  The Motion to Dismiss is premature because it is based on Cross-Claim Defendant's misunderstanding that the Report and Recommendation disposed of their previous Motion.  It does not; pursuant to 28 U.S.C. § 636(b)(1)(B), it simply recommends a disposition.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
May   4  , 2009